**THE WESTON FIRM**
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
MELANIE PERSINGER (275423)
888 Turquoise Street
San Diego, CA 92109
Telephone:  858 488 1672
Facsimile:   480 247 4553
greg@westonfirm.com
jack@westonfirm.com
mel@westonfirm.com

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
3636 4th Avenue, Suite 202
San Diego, CA 92109
Telephone:  619 696 9066
Facsimile:   619 564 6665
ron.marron@gmail.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, AND KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Case No. 2:10-cv-01028 GW(AGRx)<br>Pleading Type: Class Action<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES AND PRODUCE WITNESSES PURSUANT TO RULE 30(B)(6).**<br><br>Judge: The Hon. Alicia G. Rosenberg<br>Hearing: July 12, 2011 at 10:00am<br>Location: Courtroom D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on July 12, 2011 at 10:00 am or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Alicia G. Rosenberg, located at 312 N. Spring St., Los Angeles, CA 90012, Courtroom D, Plaintiffs will and hereby do move this Court to compel:

- Discovery responses based on the full putative class period (January 1, 2000 to the present);
- Discovery responses based on the full geographic scope of the putative nationwide class;
- Responses to Plaintiffs' Interrogatories Nos. 1-6 and 11;
- Responses to Requests for Production Nos. 2-4, 12-13, 16, 23, 30-34, 36, 44-54, and 59; and
- Production of witnesses pursuant to Rule 30(b)(6) for Topics 2, 3-6, and 8-11, identified in Plaintiffs' Rule 30(b)(6) Notice.

Plaintiffs' motion is based on this Notice of Motion, the Joint Stipulation filed concurrently herewith, the accompanying Gregory S. Weston and the Exhibits attached thereto, all other pleadings and papers on file in this action, any matters of which this Court may take judicial notice, and such further evidence and argument as may be presented at or before the hearing on this matter.

Pursuant to Local Rule 37-1, the parties met and conferred on the matters in this Motion on May 10, 2011.

DATED: June 15, 2011                    Respectfully Submitted,

/s/Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
888 Turquoise Street
San Diego, CA 92109

1

*Red et al. v. Kraft Foods Inc. et al.*, Case No. 2:10-cv-01028 GW (AGRx)
NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES AND PRODUCE WITNESSES PURSUANT TO RULE 30(B)(6).

| | |
|---|---|
| 1 | Telephone: 858 488 1672 |
| 2 | Facsimile:  480 247 4553 |

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
3636 4th Avenue, Suite 202
San Diego, CA 92109
Telephone:  (619) 696 9066
Facsimile:   (619) 564 6665

<u>Counsel for Plaintiffs and the Proposed Class</u>

---

2

*Red et al. v. Kraft Foods Inc. et al.*, Case No. 2:10-cv-01028 GW (AGRx)
NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES AND PRODUCE WITNESSES PURSUANT TO RULE 30(B)(6).