**THE WESTON FIRM**
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
MELANIE PERSINGER (275423)
888 Turquoise Street
San Diego, CA 92109
Telephone: 858 488 1672
Facsimile: 480 247 4553
greg@westonfirm.com
jack@westonfirm.com
mel@westonfirm.com

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
3636 4th Avenue, Suite 202
San Diego, CA 92109
Telephone: 619 696 9066
Facsimile: 619 564 6665
ron.marron@gmail.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, AND KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Case No. 2:10-cv-01028 GW(AGRx)<br>Pleading Type: Class Action<br><br>**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION AND INTERROGATORIES AND PRODUCE WITNESSES PURSUANT TO RULE 30(B)(6).**<br><br>Judge: The Hon. Alicia G. Rosenberg<br>Hearing: July 12, 2011 at 10:00am<br>Location: Courtroom D |

---

*Red et al. v. Kraft Foods Inc. et al.*, Case No. 2:10-cv-01028 GW (AGRx)
DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

I, Gregory S. Weston, declare:

1. I am counsel for Plaintiffs in this action. I make this Declaration in support of Plaintiffs' Motion to Compel. I submit this Declaration to provide the Court with seven Exhibits cited in Plaintiffs' portions of the Joint Stipulation Regarding Plaintiffs' Motion to Compel.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' First Requests for the Production of Documents from Kraft Foods Global, Inc., dated February 2, 2011.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' First Set of Interrogatories Addressed to Kraft Foods Global, Inc., dated February 2, 2011.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant's Responses to Plaintiffs' First Set of Requests for the Production of Documents Addressed to Kraft Foods Global, Inc., dated March 1, 2011.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant's Responses to Plaintiffs' First Set of Interrogatories Addressed to Kraft Foods Global, Inc., dated March 1, 2011.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiffs' Notice of Taking Rule 30(b)(6) Deposition of Defendants, dated February 2, 2011.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Defendant's Objections to Plaintiffs' Notice of Taking Rule 30(b)(6) Deposition of Defendants, dated March 1, 2011.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Gregory S. Weston, counsel for Plaintiffs, to Dean Panos, counsel for Kraft, dated April 30, 2011.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from Jack Fitzgerald, counsel for Plaintiffs, to Dean Panos, dated May 11, 2011.

1

*Red et al. v. Kraft Foods Inc. et al.*, Case No. 2:10-cv-01028 GW (AGRx)
DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

10. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Dean Panos to Jack Fitzgerald, dated May 18, 2011.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a four-page excerpt (KFG 000293-296) from the documents Kraft produced in response to Plaintiffs' First Requests for the Production of Documents.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the Deposition Transcript of Amelia Strobel, dated April 13, 2011.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the Deposition Transcript of Jim Low, dated April 26, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2011, in San Diego, California.

/s/ Gregory S. Weston
Gregory S. Weston

| | | |
|---|---|---|
| 1 | DATED: June 15, 2011 | Respectfully Submitted, |
| 2 | | |
| 3 | | /s/Gregory S. Weston |
| 4 | | Gregory S. Weston |
| 5 | | **THE WESTON FIRM** |
| 6 | | GREGORY S. WESTON |
| 7 | | JACK FITZGERALD |
|   | | MELANIE PERSINGER |
| 8 | | 888 Turquoise Street |
|   | | San Diego, CA 92109 |
| 9 | | Telephone: 858 488 1672 |
| 10 | | Facsimile: 480 247 4553 |
| 11 | | **LAW OFFICES OF RONALD A.** |
| 12 | | **MARRON, APLC** |
|   | | RONALD A. MARRON |
| 13 | | 3636 4th Street, Suite 202 |
| 14 | | San Diego, CA 92103 |
|   | | Telephone: 619 696 9066 |
| 15 | | Facsimile: 619 564 6665 |
| 16 | | |
| 17 | | Counsel for Plaintiffs and the Proposed Class |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

*Red et al. v. Kraft Foods Inc. et al.*, Case No. 2:10-cv-01028 GW (AGRx)
DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL