# EXHIBIT A

ORIGINAL

# In The Matter Of:

*EVANGELINE RED and RACHEL WHITT*
*v.*
*KRAFT FOODS INC.*

---

## RED, EVANGELINE - Vol. 1

*July 7, 2011*

---

**MERRILL CORPORATION**
**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EVANGELINE RED and RACHEL )   CASE NO.
WHITT, on Behalf of       )   CV10-01028-GW (AGRX)
Themselves and All Others )
Similarly Situated,       )
                          )   ORIGINAL
          Plaintiffs,     )
                          )
     VS.                  )
                          )
                          )
KRAFT FOODS INC., KRAFT   )
FOODS NORTH AMERICA, and  )
KRAFT FOODS GLOBAL, INC., )
                          )
          Defendants.     )
_____)

DEPOSITION OF EVANGELINE RED

TAKEN ON

THURSDAY, JULY 7, 2011

Reported by:  DENISE A. ROSS

CSR No. 10687

EVANGELINE RED - 7/7/2011

1              Deposition of EVANGELINE RED, taken on behalf

2      of the Defendants, at 633 West 5th Street, Suite 3500,

3      Los Angeles, California, on THURSDAY, JULY 7, 2011, at

4      9:19 a.m., before DENISE A. ROSS, CSR No. 10687.

5

6      APPEARANCES:

7

8      FOR THE PLAINTIFF:

9              THE WESTON FIRM
               BY:  GREGORY WESTON, ESQ.
10             888 Turquoise Street
               San Diego, California 92109
11             (858) 488-1672

12             LAW OFFICES OF RONALD A. MARRON
               BY:  RONALD A. MARRON, ESQ.
13             3636 Fourth Avenue
               Suite 202
14             San Diego, California 92103
               (619) 696-9006

15

16     FOR THE DEFENDANTS:

17             JENNER & BLOCK LLP
               BY:  DEAN N. PANOS, ESQ.
18             353 North Clark Street
               Chicago, Illinois 60654-3456
19             (312) 222-9350

20             JENNER & BLOCK LLP
               BY:  KENNETH K. LEE, ESQ.
21             633 West 5th Street
               Suite 3500
22             Los Angeles, California 90071
               (213) 239-5100

23

       ALSO PRESENT:
24
               JAMES GABRIEL, VIDEOGRAPHER
25

EVANGELINE RED - 7/7/2011

| | | | |
|---|---|---|---|
| 1 | Q. | I'm going to ask you a series of questions | 09:20:59 |
| 2 | today. | | 09:21:00 |
| 3 | | I'd like to first start by asking you whether | 09:21:01 |
| 4 | you've ever given a deposition before? | | 09:21:03 |
| 5 | A. | This is my first time. | 09:21:05 |
| 6 | Q. | Okay. It's your first time. | 09:21:07 |
| 7 | | Have you ever given testimony in a court | 09:21:08 |
| 8 | proceeding before? | | 09:21:11 |
| 9 | A. | Yes. | 09:21:13 |
| 10 | Q. | Can you identify what that was? | 09:21:13 |
| 11 | A. | It was with Unilever case. | 09:21:15 |
| 12 | Q. | In the Unilever case? | 09:21:20 |
| 13 | A. | Yes. | 09:21:21 |
| 14 | Q. | You testified in a courtroom? | 09:21:21 |
| 15 | A. | Not testified. I was in the courtroom. Not | 09:21:23 |
| 16 | testified, but I was in the courtroom. | | 09:21:27 |
| 17 | Q. | Okay. And that's a case that you filed | 09:21:28 |
| 18 | against the food manufacturer Unilever? | | 09:21:30 |
| 19 | A. | Yes. | 09:21:33 |
| 20 | Q. | And we can talk more about that in a bit. | 09:21:34 |
| 21 | | But I just want to be clear. | 09:21:37 |
| 22 | | You did not testify; you were just in the | 09:21:38 |
| 23 | courtroom? | | 09:21:40 |
| 24 | A. | Yes, just in the courtroom, not testified. | 09:21:40 |
| 25 | Q. | And you did not provide a deposition in that | 09:21:43 |

EVANGELINE RED - 7/7/2011

| | | |
|---|---|---|
| 1 | Q.   Okay.   Let me hand you what we'll mark as | 09:30:28 |
| 2 | Red Exhibit No. 1.   I'll hand courtesy copies to your | 09:30:34 |
| 3 | lawyers, and then the court reporter will show them to | 09:30:41 |
| 4 | you. | 09:30:43 |
| 5 | MR. WESTON:   I think you're going to use the | 09:30:55 |
| 6 | copy that she's going to give you.   There you go.   I | 09:30:56 |
| 7 | have the same thing, though. | 09:31:00 |
| 8 | THE WITNESS:   Okay. | 09:31:01 |
| 9 | (Whereupon, Defendant's Exhibit 1 was | 09:31:02 |
| 10 | marked for identification.) | 09:31:05 |
| 11 | BY MR. PANOS: | 09:31:05 |
| 12 | Q.   I've handed you what's been marked as | 09:31:06 |
| 13 | Red Exhibit No. 1. | 09:31:09 |
| 14 | I'm going to ask you:   Does this document | 09:31:10 |
| 15 | look like the interrogatories that you received from | 09:31:12 |
| 16 | your lawyers that you responded to? | 09:31:14 |
| 17 | A.   Yes, this is the one. | 09:31:18 |
| 18 | Q.   Okay.   Do you recall providing responses to | 09:31:19 |
| 19 | your lawyers in response to these -- several of these | 09:31:21 |
| 20 | questions? | 09:31:25 |
| 21 | A.   Yes. | 09:31:26 |
| 22 | MR. WESTON:   Just take a minute to look | 09:31:28 |
| 23 | through it, too. | 09:31:29 |
| 24 | BY MR. PANOS: | 09:31:30 |
| 25 | Q.   You can take all the time you want. | 09:31:31 |

| 1 | MR. MARRON:  You want to help guide her? | 09:31:38 |
| 2 | MR. WESTON:  This part should probably look | 09:31:40 |
| 3 | the most familiar. | 09:31:42 |
| 4 | BY MR. PANOS: | 09:31:45 |
| 5 | Q.  Well, for example, did you provide responses | 09:31:46 |
| 6 | as to where you resided and where you went to high | 09:31:48 |
| 7 | school and those sorts of things? | 09:31:51 |
| 8 | A.  Yes. | 09:31:52 |
| 9 | Q.  Okay.  And you provided those responses to | 09:31:53 |
| 10 | your counsel when? | 09:31:55 |
| 11 | A.  Over the phone last week. | 09:31:58 |
| 12 | Q.  Okay.  So you went over these questions with | 09:32:00 |
| 13 | them by telephone? | 09:32:03 |
| 14 | A.  Yes. | 09:32:07 |
| 15 | Q.  Okay.  Let me ask you a little bit about your | 09:32:07 |
| 16 | educational background. | 09:32:11 |
| 17 | You attended Carson High School in Carson, | 09:32:11 |
| 18 | California; is that correct? | 09:32:14 |
| 19 | A.  Yes. | 09:32:15 |
| 20 | Q.  Is that where you went all four years of high | 09:32:16 |
| 21 | school, or more? | 09:32:20 |
| 22 | A.  Yes. | 09:32:20 |
| 23 | Q.  Yes? | 09:32:21 |
| 24 | Did you graduate? | 09:32:22 |
| 25 | A.  Yes. | 09:32:23 |

EVANGELINE RED - 7/7/2011

| | | |
|---|---|---|
| 1 | lawsuit? | 10:53:57 |
| 2 | A.   Yes. | 10:53:58 |
| 3 | Q.   Do you know what that means? | 10:53:58 |
| 4 | MR. WESTON:  Yeah.  Don't answer it if in | 10:54:11 |
| 5 | doing so you would have to discuss our attorney-client | 10:54:14 |
| 6 | conversations.  So if you can't answer it in a way that | 10:54:18 |
| 7 | doesn't disclose our conversations, then don't answer | 10:54:22 |
| 8 | it. | 10:54:24 |
| 9 | BY MR. PANOS: | 10:54:26 |
| 10 | Q.   Do you know what it means to be a class | 10:54:27 |
| 11 | representative? | 10:54:29 |
| 12 | MR. MARRON:  Same objection. | 10:54:32 |
| 13 | MR. WESTON:  Yeah. | 10:54:33 |
| 14 | MR. PANOS:  The answer is either a "yes" or | 10:54:39 |
| 15 | "no."  That doesn't disclose any confidentiality. | 10:54:40 |
| 16 | MR. WESTON:  You can answer that one "yes" or | 10:54:43 |
| 17 | "no," but don't start giving detailed answers about our | 10:54:45 |
| 18 | conversations. | 10:54:49 |
| 19 | THE WITNESS:  No. | 10:54:49 |
| 20 | BY MR. PANOS: | 10:54:50 |
| 21 | Q.   You don't know what it means to be a class | 10:54:50 |
| 22 | representative? | 10:54:52 |
| 23 | A.   I mean -- | 10:54:53 |
| 24 | Q.   I'm sorry. | 10:55:10 |
| 25 | A.   Say it again, because I got lost with you | 10:55:11 |

1    guys.                                                    10:55:13

2         MR. PANOS:  What was -- can you give me the         10:55:14

3    previous question and answer, the one that she gave an   10:55:17

4    answer to.                                               10:55:19

5         MR. WESTON:  And then after this, we're going       10:55:19

6    to take another break.                                   10:55:21

7         THE REPORTER:  Hang on one second, please.          10:55:28

8         (Record read as follows:

9         "QUESTION:  Do you know what it

10        means to be a class representative?")

11        THE REPORTER:  Objections were stated.

12        (Record read as follows:

13        "ANSWER:  No.")                                      10:55:44

14        MR. PANOS:  You want to take a break?                10:55:44

15        MR. WESTON:  Yeah.                                   10:55:45

16        MR. PANOS:  Okay.  That's fine.                      10:55:46

17        THE VIDEOGRAPHER:  Going off the record, the         10:55:48

18   time is 10:55 a.m.                                        10:55:49

19        (Recess taken.)                                      10:55:52

20        THE VIDEOGRAPHER:  This marks the beginning          11:17:18

21   of Tape No. 2 in the deposition of Evangeline Red,        11:17:30

22   Volume I.  Back on the record.  The time is 11:17 a.m.    11:17:34

23        MR. PANOS:  Mr. Weston, that was an over             11:17:38

24   23-minute break.  Can we try to be courteous of          11:17:44

25   everyone's time here and not take breaks that --          11:17:48

| 1 | Q. | Yes. | 11:23:47 |
| 2 | A. | Greg. | 11:23:48 |
| 3 | Q. | Okay.  Have you ever received any | 11:23:50 |
| 4 | compensation as a result of serving as a class | | 11:23:56 |
| 5 | representative?  Have you ever received any money? | | 11:23:59 |
| 6 | A. | No. | 11:24:03 |
| 7 | Q. | Do you expect to receive any money? | 11:24:03 |
| 8 | A. | No. | 11:24:05 |
| 9 | Q. | What about in the Unilever case?  Do you | 11:24:05 |
| 10 | expect to receive any monies? | | 11:24:08 |
| 11 | A. | I didn't expect anything, but I got a -- I | 11:24:10 |
| 12 | got something. | | 11:24:13 |
| 13 | Q. | What did you get? | 11:24:13 |
| 14 | A. | Incentive award. | 11:24:15 |
| 15 | Q. | And how much was the incentive award? | 11:24:17 |
| 16 | A. | 4,500. | 11:24:20 |
| 17 | Q. | You received $4,500? | 11:24:21 |
| 18 | A. | Yes. | 11:24:23 |
| 19 | Q. | And you didn't give a deposition in that | 11:24:23 |
| 20 | case? | | 11:24:25 |
| 21 | A. | No. | 11:24:25 |
| 22 | Q. | How many times did you go to court in that | 11:24:25 |
| 23 | case? | | 11:24:28 |
| 24 | A. | One. | 11:24:28 |
| 25 | Q. | Okay.  Did you ever answer any discovery | 11:24:29 |

| | | | |
|---|---|---|---|
| 1 | A. | Financial, no. | 11:26:02 |
| 2 | Q. | Can you tell me if you know what products are | 11:26:05 |
| 3 | | the subject of the lawsuit you brought?  Do you know | 11:26:09 |
| 4 | | what they are? | 11:26:13 |
| 5 | A. | Yes. | 11:26:13 |
| 6 | Q. | Can you identify those for the ladies and | 11:26:14 |
| 7 | | gentlemen of the jury? | 11:26:17 |
| 8 | A. | Yes.  Teddy Grahams -- | 11:26:17 |
| 9 | Q. | Okay. | 11:26:19 |
| 10 | A. | -- Ritz -- | 11:26:20 |
| 11 | Q. | Okay. | 11:26:21 |
| 12 | A. | -- Premium Saltines, Honey Maid Grahams, | 11:26:23 |
| 13 | | Ginger Snaps -- | 11:26:35 |
| 14 | Q. | Okay. | 11:26:38 |
| 15 | A. | -- Vegetable Thins. | 11:26:38 |
| 16 | Q. | I'm sorry.  I didn't mean to cut you off. | 11:26:39 |
| 17 | | What was the last one? | 11:26:43 |
| 18 | A. | Vegetable Thins. | 11:26:44 |
| 19 | Q. | Anything else you recall? | 11:26:45 |
| 20 | A. | That's -- that's it. | 11:26:46 |
| 21 | Q. | Were there certain varieties or flavors of | 11:26:47 |
| 22 | | these products that you bought? | 11:26:50 |
| 23 | A. | It's -- Teddy Grahams and Ritz is the most I | 11:26:53 |
| 24 | | bought. | 11:26:58 |
| 25 | Q. | Okay.  When did you start buying -- | 11:26:59 |

```
 1              not rely on those statements in making

 2              your purchase decision?")                    11:33:48

 3   BY MR. PANOS:                                            11:33:48

 4      Q.   You may answer.                                 11:33:48

 5      A.   Yes.                                             11:33:49

 6      Q.   Okay.  At the time you started buying the       11:33:50

 7   products, I assume you bought them because you liked    11:33:54

 8   the taste of them; is that correct?                     11:33:56

 9      A.   Yes.                                             11:33:58

10      Q.   And at least you thought it was a fair enough   11:33:58

11   price that you were willing to buy them; correct?       11:34:01

12      A.   Yes.                                             11:34:04

13      Q.   And some of them you purchased, I take it,      11:34:04

14   because you ate them as a child and it was just         11:34:08

15   something that you always had and remembered; correct?  11:34:10

16      A.   Yes.                                             11:34:16

17      Q.   Do you know what class of people you're         11:34:16

18   seeking to represent?  Do you know who is in the class? 11:34:18

19      A.   People who bought the products.                 11:34:21

20      Q.   Okay.  Everywhere?  Anywhere?                    11:34:23

21      A.   Everywhere.                                      11:34:25

22      Q.   Okay.  Going back how far?                       11:34:26

23      A.   Ever since maybe 2000.                          11:34:29

24      Q.   Okay.  And what relief are you seeking for      11:34:36

25   yourself, if you know?                                  11:34:41
```

EVANGELINE RED - 7/7/2011

Page 97

| | | |
|---|---|---|
| 1 | A.   Just to take out labels that are not honest. | 11:34:42 |
| 2 | You know, if it's not healthy, I don't -- | 11:34:52 |
| 3 | Q.   So you want a change in the labeling? | 11:34:56 |
| 4 | A.   Yes. | 11:34:58 |
| 5 | Q.   Okay.   Are you seeking any monetary | 11:35:00 |
| 6 | compensation? | 11:35:02 |
| 7 | A.   No. | 11:35:02 |
| 8 | Q.   So you're not going to request that any court | 11:35:03 |
| 9 | reimburse you for the cost of any of your -- cost of | 11:35:07 |
| 10 | whatever you purchased? | 11:35:09 |
| 11 | A.   I'm not looking into anything. | 11:35:10 |
| 12 | Q.   Okay.   Do you know what relief you're seeking | 11:35:15 |
| 13 | for the class you seek to represent? | 11:35:20 |
| 14 | A.   Question again. | 11:35:23 |
| 15 | Q.   My questions are about what you're seeking | 11:35:24 |
| 16 | for yourself. | 11:35:27 |
| 17 | Is there anything that you're seeking on | 11:35:28 |
| 18 | behalf of the class that's different? | 11:35:29 |
| 19 | A.   No. | 11:35:33 |
| 20 | Q.   So you're not going to seek to have the class | 11:35:34 |
| 21 | compensated -- class members? | 11:35:38 |
| 22 | A.   Well, I think they deserve something if -- | 11:35:42 |
| 23 | if -- if they bought the products, at least something | 11:35:49 |
| 24 | towards that. | 11:35:52 |
| 25 | Q.   If they bought the product? | 11:35:53 |

EVANGELINE RED - 7/7/2011

```
 1        Q.    Yeah.                                        11:50:53
 2              What was your content -- what was your       11:50:54
 3   concern or what was your problem with the labeling of   11:50:56
 4   the Kraft Foods products at the time you filed this     11:51:04
 5   lawsuit?                                                11:51:05
 6        A.    I thought it was labeled healthy, and it had 11:51:07
 7   the labels were -- I don't know if -- like this         11:51:14
 8   product --                                              11:51:20
 9              Can I show you?                               11:51:20
10        Q.    You can take -- yeah.                         11:51:21
11        A.    Like all these, sensible solutions, I        11:51:26
12   would -- and whole grain --                             11:51:31
13        Q.    Okay.                                         11:51:33
14        A.    Every time I would buy that, I would look at 11:51:34
15   those; and I assume that's healthy.  And then, like,   11:51:37
16   Teddy Grahams, it will say calcium, iron to help support 11:51:43
17   kids' growth development.  I already assume that's a    11:51:48
18   healthier product than any products out there, smart    11:51:51
19   choices.  Just in the front of the box, it looks healthy 11:51:55
20   already.                                                11:51:59
21        Q.    Okay.  Would you agree with me that when you 11:51:59
22   filed this complaint, the thing that you identified as  11:52:01
23   being unhealthful was the fact that it still contained  11:52:04
24   some amounts of trans fat in them; correct?            11:52:10
25        A.    Right.                                        11:52:13
```

| | | |
|---|---|---|
| 1 | Q.   Okay.  Can you estimate for me approximately | 12:54:12 |
| 2 | how many times a month you bought any of these | 12:54:20 |
| 3 | Teddy Grahams products, including the honey? | 12:54:24 |
| 4 | A.   I don't recall. | 12:54:28 |
| 5 | Q.   You can't recall? | 12:54:30 |
| 6 | A.   Yeah.  Several times a year, but I don't know | 12:54:31 |
| 7 | exactly.  I can't tell you a number. | 12:54:33 |
| 8 | Q.   Okay.  Okay.  Can you identify for me | 12:54:36 |
| 9 | anything on the packaging that you see in front of you | 12:54:43 |
| 10 | that you think is deceptive or gives you some concern. | 12:54:48 |
| 11 | A.   "To help support kids' growth and | 12:54:58 |
| 12 | development," it's a smart choice of food category. | 12:55:00 |
| 13 | That's -- and it says "honey."  To me, honey is | 12:55:07 |
| 14 | healthier than -- it's natural. | 12:55:11 |
| 15 | Q.   Okay.  So let me see.  I want to make sure I | 12:55:14 |
| 16 | get your best testimony and then we can -- | 12:55:20 |
| 17 | A.   Okay. | 12:55:22 |
| 18 | Q.   -- go into it. | 12:55:23 |
| 19 | So the one thing you said was -- that you | 12:55:25 |
| 20 | think was -- | 12:55:28 |
| 21 | In response to my question, you identified | 12:55:31 |
| 22 | "To Help Support Kids' Growth and Development"; | 12:55:33 |
| 23 | correct? | 12:55:37 |
| 24 | A.   Uh-huh. | 12:55:37 |
| 25 | Q.   And you identified the statement in the | 12:55:37 |

| | | |
|---|---|---|
| 1 | bottom corner, "smart choices"; is that correct? | 12:55:40 |
| 2 | A.    Yes. | 12:55:42 |
| 3 | Q.    And you identified the word "honey" as well? | 12:55:42 |
| 4 | A.    Uh-huh. | 12:55:47 |
| 5 | Q.    Would you take a look at the next page, which | 12:55:50 |
| 6 | is the -- which purports to be the back panel of the | 12:55:54 |
| 7 | product and one of the other side panels. | 12:55:57 |
| 8 | Is there anything that you see on this side | 12:56:02 |
| 9 | that you think is problematic or deceptive? | 12:56:04 |
| 10 | A.    Same thing.  In the top right, it will say, | 12:56:14 |
| 11 | "Calcium, iron, zinc to help support kids' growth and | 12:56:18 |
| 12 | development." | 12:56:22 |
| 13 | Q.    Okay. | 12:56:23 |
| 14 | A.    I would choose that because it has that | 12:56:23 |
| 15 | statement on there. | 12:56:26 |
| 16 | Q.    Okay.  Anything else? | 12:56:26 |
| 17 | A.    That's pretty much it. | 12:56:37 |
| 18 | Q.    Okay.  All right.  Let me ask you this -- | 12:56:39 |
| 19 | turn over to the front page. | 12:56:45 |
| 20 | Is it your testimony that if it didn't | 12:56:54 |
| 21 | say either this box that says "Calcium, iron, zinc to | 12:56:58 |
| 22 | help support kids' growth and development" or "smart | 12:57:03 |
| 23 | choices," you wouldn't have bought the product? | 12:57:07 |
| 24 | A.    Now? | 12:57:10 |
| 25 | Q.    At the time you bought it. | 12:57:11 |

EVANGELINE RED - 7/7/2011

Page 140

| | | |
|---|---|---|
| 1 | A. Oh, at the time I bought it? | 12:57:13 |
| 2 | Q. Yeah. | 12:57:15 |
| 3 | A. Yeah. I would have preferred choosing this | 12:57:15 |
| 4 | if it did not have -- if it -- yeah, if it did not have | 12:57:23 |
| 5 | it. | 12:57:27 |
| 6 | Q. Okay. Well, let me -- I want to try to be as | 12:57:28 |
| 7 | precise as I can be. | 12:57:31 |
| 8 | A. Okay. | 12:57:34 |
| 9 | Q. And I'll ask you to do the best that you can | 12:57:34 |
| 10 | as well on this. | 12:57:38 |
| 11 | When you purchased Teddy Grahams, do you | 12:57:39 |
| 12 | believe you purchased them because it said "A good | 12:57:41 |
| 13 | source of calcium, iron and zinc to help support kids' | 12:57:45 |
| 14 | growth and development"? | 12:57:49 |
| 15 | A. No, not really. | 12:57:50 |
| 16 | Q. Okay. How about "smart choices"? Same | 12:57:50 |
| 17 | question. | 12:57:52 |
| 18 | A. Smart choices, yes. | 12:57:52 |
| 19 | Q. You think you bought it just because it said | 12:57:54 |
| 20 | "smart choices"? | 12:57:57 |
| 21 | A. Yeah. Other people said smart choices | 12:57:58 |
| 22 | category would be better alternative. | 12:58:01 |
| 23 | Q. Who said that? | 12:58:03 |
| 24 | A. People, friends. | 12:58:04 |
| 25 | Q. Okay. So you were looking to buy products | 12:58:06 |

```
 1    that contained smart choices?                          12:58:09

 2         A.    Yeah, healthier.                             12:58:11

 3         Q.    Do you know when smart choices was put on the  12:58:16

 4    label of the product?                                  12:58:19

 5         A.    No.                                          12:58:20

 6         Q.    If it is shown that smart choices was only on  12:58:22

 7    this product for approximately one year, would that    12:58:26

 8    indicate to you that you probably bought the product   12:58:28

 9    before that was ever indicated on the packaging?       12:58:31

10         MR. WESTON:  Objection; hypothetical.  It's        12:58:34

11    incomplete.                                            12:58:37

12         THE WITNESS:  Can you repeat it again?             12:58:41

13    BY MR. PANOS:                                          12:58:43

14         Q.    Well, can you -- if it is shown that the     12:58:43

15    product packaging only contained that smart choice logo  12:58:48

16    for less than a year -- and you've testified that you  12:58:51

17    were purchasing this product going back to the mid     12:58:56

18    '90s -- would that indicate to you that you probably   12:58:59

19    purchased the product without any reliance on the smart  12:59:00

20    choice program designation?                            12:59:04

21         MR. WESTON:  Objection; hypothetical.  It's        12:59:06

22    incomplete.  And also objection to the term "reliance"  12:59:09

23    as ambiguous between its legal and its common meaning.  12:59:12

24         THE WITNESS:  I really don't know if I would       12:59:17

25    have.                                                  12:59:18
```

| | | |
|---|---|---|
| 1 | A.  I don't know. | 13:15:35 |
| 2 | Q.  When you bought Teddy Grahams, do you know | 13:15:41 |
| 3 | approximately how much you paid per box for those? | 13:15:46 |
| 4 | A.  I don't recall. | 13:15:49 |
| 5 | Q.  Okay.  Do you think you should have paid less | 13:15:50 |
| 6 | for the product? | 13:15:58 |
| 7 | A.  I don't know. | 13:15:58 |
| 8 | Q.  Okay.  All right.  Let's switch gears here. | 13:15:59 |
| 9 | You can put that away. | 13:16:09 |
| 10 | Do you know what Honey Maid Grahams are? | 13:16:17 |
| 11 | A.  Uh-huh. | 13:16:21 |
| 12 | Q.  Sorry.  I didn't mean to interrupt your | 13:16:22 |
| 13 | drink. | 13:16:25 |
| 14 | Do you know what Honey Maid Grahams are? | 13:16:25 |
| 15 | A.  Yeah. | 13:16:27 |
| 16 | Q.  All right.  If I have my recollection wrong | 13:16:27 |
| 17 | of your prior testimony, please correct me. | 13:16:29 |
| 18 | I thought you said that was a product you | 13:16:32 |
| 19 | didn't buy as much of as perhaps Teddy Grahams; | 13:16:34 |
| 20 | correct? | |
| 21 | A.  Yes. | 13:16:38 |
| 22 | Q.  Was that one of the products you said you | 13:16:38 |
| 23 | purchased rarely? | 13:16:41 |
| 24 | A.  Yes.  It would be -- sorry. | 13:16:42 |
| 25 | Q.  Just a few times? | 13:16:43 |

| | | | |
|---|---|---|---|
| 1 | A. | If my mom would ask me -- if she's going to | 13:16:45 |
| 2 | make something like S'mores or something. | | 13:16:48 |
| 3 | Q. | S'mores? | 13:16:51 |
| 4 | A. | Yes. | 13:16:52 |
| 5 | Q. | S'mores is a treat that -- | 13:16:52 |
| 6 | A. | Yes. | 13:16:55 |
| 7 | Q. | -- that included what products? | 13:16:55 |
| 8 | A. | Honey Graham -- Honey Maid crackers. | 13:16:58 |
| 9 | Q. | And what else? | 13:17:02 |
| 10 | A. | And marshmallow, chocolate. | 13:17:03 |
| 11 | Q. | Like a Hershey's chocolate bar; right? | 13:17:08 |
| 12 | A. | Yes. | 13:17:13 |
| 13 | Q. | You didn't perceive those to be highly | 13:17:13 |
| 14 | nutritious treats, did you? | | 13:17:15 |
| 15 | A. | No. | 13:17:17 |
| 16 | Q. | So sometimes your mom had you purchase | 13:17:17 |
| 17 | Honey Maid Grahams for the purpose of maybe giving | | 13:17:21 |
| 18 | S'mores to her grandchildren or friends? | | 13:17:24 |
| 19 | A. | Yes. | 13:17:26 |
| 20 | Q. | But -- | 13:17:27 |
| 21 | A. | Oh. | 13:17:28 |
| 22 | Q. | I'm sorry. | 13:17:28 |
| 23 | A. | Like a party, she says to buy something | 13:17:29 |
| 24 | and -- I don't know.  I just don't remember how many | | 13:17:32 |
| 25 | times or -- | | 13:17:36 |

```
 1        Q.   Okay.   Now,  the Honey Maid Grahams product --    13:17:36

 2   when you said you bought it rarely, is there any way         13:17:40

 3   you can estimate whether when you said "rarely," you         13:17:43

 4   bought it five times over the last ten years?  Less          13:17:46

 5   than five times?                                             13:17:49

 6        A.   Maybe once a year -- probably once a year.         13:17:54

 7        Q.   And the purpose you bought them was at your        13:17:56

 8   mother's request, not for yourself?                          13:17:59

 9        A.   Yeah.  I don't really buy that.                    13:18:01

10        Q.   So Honey Maid Grahams is not something you         13:18:03

11   regularly consume?                                           13:18:07

12        A.   Yeah.  No.                                         13:18:08

13        Q.   Just let me show you what we'll have marked        13:18:09

14   as Exhibit 7.                                                13:18:16

15             THE REPORTER:  Six.                                13:18:20

16             MR. PANOS:  Oh, I'm sorry.  Six.                   13:18:22

17        Q.   I'll hand it to your counsel as well, a copy,      13:18:23

18   so that they can follow along.                               13:18:29

19             MR. WESTON:  We're going to take a break for       13:18:40

20   about five or eight minutes.                                 13:18:42

21             MR. PANOS:  Can I finish this, or no?              13:18:43

22             MR. WESTON:  Well, you're not in the middle        13:18:45

23   of a question now; so I think this is a good time to do      13:18:47

24   it.                                                          13:18:50

25             MR. PANOS:  Well, she just handed her an           13:18:50
```

```
 1      Q.   What do you recall --                    13:29:44
 2           Can you describe the taste in any way?   13:29:46
 3      A.   It's a little bit sweet, like with the honey  13:29:48
 4  on there, cracker tasting -- regular cracker with honey. 13:29:51
 5      Q.   Kind of --                               13:29:54
 6      A.   Wheat type of cracker.                   13:29:55
 7      Q.   Does it have a graham taste to it?       13:29:58
 8      A.   Yes.                                     13:30:02
 9      Q.   These were purchased by you not for yourself, 13:30:03
10  but you said for your mother, usually when she was 13:30:17
11  either making, like -- for example, like a pie crust or 13:30:20
12  something like that --                           13:30:23
13      A.   Yes.                                     13:30:25
14      Q.   -- or as a treat for S'mores?            13:30:25
15      A.   Treat -- some kind of treat.             13:30:31
16      Q.   Do you know what aisle of the grocery store 13:30:33
17  you bought these products on?                    13:30:36
18      A.   Crackers.                                13:30:38
19      Q.   Cracker section?  Cookie section?        13:30:39
20      A.   Cookie, cracker -- I'm not sure exactly. 13:30:42
21      Q.   Fair to say that you understood that it was a 13:30:44
22  cookie- or cracker-type product when you bought it? 13:30:47
23      A.   Yes.                                     13:30:50
24      Q.   You mentioned it has a honey taste to it; is 13:30:56
25  that correct?                                    13:30:59
```

| | | |
|---|---|---|
| 1 | A. | A sweet taste, yes. | 13:30:59 |
| 2 | Q. | Do you purchase any other products because of | 13:31:06 |
| 3 | a honey-type taste? | | 13:31:09 |
| 4 | | Is that a taste you enjoy? | 13:31:12 |
| 5 | A. | No. | 13:31:14 |
| 6 | Q. | Do you purchase honey for health reasons? | 13:31:15 |
| 7 | A. | Better alternative than sugar. | 13:31:20 |
| 8 | Q. | Why do you say that? | 13:31:24 |
| 9 | A. | It's natural. | 13:31:25 |
| 10 | Q. | Is sugar natural? | 13:31:26 |
| 11 | A. | No. | 13:31:28 |
| 12 | Q. | None of it? | 13:31:29 |
| 13 | A. | Some of them is natural, but it's -- this | 13:31:30 |
| 14 | is honey.  Honey is natural. | | 13:31:34 |
| 15 | Q. | Do you naturally -- | 13:31:36 |
| 16 | | Do you buy honey to put on products because | 13:31:38 |
| 17 | you perceive it to be nutritious? | | 13:31:41 |
| 18 | A. | I would sometimes put it on tea. | 13:31:43 |
| 19 | Q. | Sometimes? | 13:31:46 |
| 20 | A. | Uh-huh. | 13:31:47 |
| 21 | Q. | What honey do you buy when you buy honey? | 13:31:47 |
| 22 | A. | It doesn't matter.  Any type of honey. | 13:31:50 |
| 23 | Q. | Okay.  Do you know what makes honey more | 13:31:53 |
| 24 | nutritious in your mind than other sweeteners? | | 13:31:57 |
| 25 | A. | No. | 13:32:01 |

EVANGELINE RED - 7/7/2011

Page 163

| | | |
|---|---|---|
| 1 | explain it. | 13:33:17 |
| 2 | Q.   Okay.   So you perceive there to be a | 13:33:18 |
| 3 | difference between white flour and wheat flour? | 13:33:21 |
| 4 | A.   Yes. | 13:33:24 |
| 5 | Q.   Okay.   Do you perceive white flour to be | 13:33:25 |
| 6 | unhealthy or nonnutritious? | 13:33:27 |
| 7 | A.   Not nonnutritious, but it's -- wheat -- wheat | 13:33:31 |
| 8 | is more healthier than white; so -- | 13:33:39 |
| 9 | Q.   Okay.   Do you attempt to purchase products -- | 13:33:43 |
| 10 | Do you attempt to avoid purchasing products | 13:33:47 |
| 11 | that contain white flour? | 13:33:51 |
| 12 | A.   I don't avoid it, but I -- I would choose the | 13:33:54 |
| 13 | wheat products. | 13:33:59 |
| 14 | Q.   If you had a choice? | 13:34:00 |
| 15 | A.   Yes. | 13:34:01 |
| 16 | Q.   Do you know what graham flour is? | 13:34:05 |
| 17 | THE REPORTER:  "Bran"? | 13:34:12 |
| 18 | MR. PANOS:  Graham.  I'm sorry. | 13:34:13 |
| 19 | THE WITNESS:  Not necessarily.  I don't know. | 13:34:15 |
| 20 | BY MR. PANOS: | 13:34:18 |
| 21 | Q.   Can you take a look at -- in Exhibit 6 -- and | 13:34:20 |
| 22 | I recognize that you indicated you very rarely bought | 13:34:24 |
| 23 | this product. | 13:34:27 |
| 24 | But if you would, take a look and tell me | 13:34:28 |
| 25 | what, in your opinion, made this -- is deceptive in the | 13:34:35 |

| | | |
|---|---|---|
| 1 | packaging.  If you can, identify those things for me. | 13:34:43 |
| 2 | A.   I'm sorry? | 13:34:49 |
| 3 | Q.   Let me start over. | 13:34:50 |
| 4 | Is there anything on the packaging you find | 13:34:51 |
| 5 | to be deceptive to you? | 13:34:54 |
| 6 | A.   It says, "Whole grain, 5 grams, honey, | 13:34:56 |
| 7 | sensible solution, low saturated fat, no cholesterol." | 13:35:02 |
| 8 | Q.   Okay. | 13:35:07 |
| 9 | A.   Those make me want to buy the product than | 13:35:07 |
| 10 | other alternatives. | 13:35:11 |
| 11 | Q.   Let's first start with what you just said. | 13:35:14 |
| 12 | Since you never bought this product for | 13:35:17 |
| 13 | yourself, is it fair to say you didn't rely on these | 13:35:19 |
| 14 | statements when you purchased the product? | 13:35:22 |
| 15 | MR. WESTON:  Objection; mischaracterizes the | 13:35:24 |
| 16 | witness's prior testimony.  And "reliance" is ambiguous | 13:35:25 |
| 17 | between the legal and the common sense. | 13:35:32 |
| 18 | BY MR. PANOS: | 13:35:40 |
| 19 | Q.   Can you answer that? | 13:35:40 |
| 20 | A.   Can you rephrase that again? | 13:35:42 |
| 21 | Q.   You testified earlier that the only time that | 13:35:44 |
| 22 | you bought this product was at your mother's request; | 13:35:47 |
| 23 | correct? | |
| 24 | A.   Yes. | 13:35:50 |
| 25 | Q.   And you bought it at your mother's request | 13:35:50 |

| | | |
|---|---|---|
| 1 | Q. Okay. Which is what? | 13:39:32 |
| 2 | A. Low saturated fat, no cholesterol, 5 grams | 13:39:34 |
| 3 | whole grain per serving. | 13:39:42 |
| 4 | Q. So did you understand Kraft to be telling | 13:39:44 |
| 5 | consumers that the reason why Kraft thinks it's a | 13:39:46 |
| 6 | sensible solution for them is because it contains | 13:39:49 |
| 7 | 5 grams of whole grain per serving, low saturated fat | 13:39:52 |
| 8 | and no cholesterol? | 13:39:56 |
| 9 | A. Yes. | 13:40:01 |
| 10 | Q. I mean, is that a good thing, that a snack | 13:40:02 |
| 11 | product contains 5 grams of whole grain, no saturated | 13:40:19 |
| 12 | fat and no cholesterol per serving, or is that not a | 13:40:23 |
| 13 | good thing? | 13:40:26 |
| 14 | A. That's a good thing. | 13:40:27 |
| 15 | Q. Does that make it a sensible thing for | 13:40:28 |
| 16 | someone to snack on, in your opinion? | 13:40:30 |
| 17 | A. Yes, sensible solution. | 13:40:33 |
| 18 | Q. Okay. And, of course, there might be | 13:40:35 |
| 19 | consumers who disagree with that; correct? | 13:40:36 |
| 20 | A. Right. | 13:40:39 |
| 21 | Q. Okay. Do you remember any commercial related | 13:40:39 |
| 22 | to Honey Maid Grahams? | 13:41:00 |
| 23 | A. I have. | 13:41:10 |
| 24 | Q. You do? You recall a commercial? | 13:41:11 |
| 25 | A. Yeah, a bee going in the -- I have, but I | 13:41:14 |

```
 1              This would also be one of the products that      13:42:24

 2   you rarely purchased, if ever; is that correct?           13:42:26

 3        A.   Yes.                                            13:42:29

 4        Q.   Do you know if you purchased the low fat        13:42:29

 5   version versus the regular one at the times you bought    13:42:34

 6   it for your mother, or you can't recall?                  13:42:36

 7        A.   I don't remember.                               13:42:38

 8        Q.   The same -- if you look at the box, the same    13:42:38

 9   things that you described as indicating to you that the   13:42:40

10   product was healthy, that being the indication of whole   13:42:43

11   grains and sensible solution indication -- same thing     13:42:46

12   as it relates to this package as the Honey Maid regular   13:42:48

13   one that you just testified to?                           13:42:51

14        A.   Yes.                                            13:42:53

15        Q.   Okay.  Is there anything else about this        13:42:54

16   package --                                                13:42:58

17        A.   No.                                             13:42:59

18        Q.   No?  Okay.                                      13:42:59

19        A.   Sorry.                                          13:43:00

20        Q.   I meant to say, is there anything else about    13:43:01

21   this package that you find to be potentially              13:43:04

22   problematic or deceptive?                                 13:43:07

23              And your answer is?                            13:43:10

24        A.   No.                                             13:43:11

25        Q.   Do you recall any print advertisement as it     13:43:12
```

| 1 | A. Yes. | 13:45:24 |
| 2 | Q. All right. You can put that aside. | 13:45:24 |
| 3 | We talked earlier a little bit about | 13:45:27 |
| 4 | Ritz Crackers. | 13:45:30 |
| 5 | Can you describe for me what a Ritz Cracker | 13:45:30 |
| 6 | is, if you can? | 13:45:33 |
| 7 | A. It's a cracker. | 13:45:37 |
| 8 | Q. Okay. What aisle in the grocery store did | 13:45:38 |
| 9 | you buy Ritz Crackers? | 13:45:42 |
| 10 | A. It would be either in the cookie or snacks | 13:45:44 |
| 11 | area. | 13:45:47 |
| 12 | Q. The area where you found the products to be | 13:45:48 |
| 13 | the least nutritious; correct? | 13:45:50 |
| 14 | A. Yes. | 13:45:52 |
| 15 | Q. Why did you buy Ritz Crackers? Were they for | 13:45:52 |
| 16 | your consumption, or was this for others? | 13:45:56 |
| 17 | A. For me. | 13:45:58 |
| 18 | Q. For you. | 13:45:59 |
| 19 | Was there one brand that you bought more than | 13:46:00 |
| 20 | the others? | 13:46:04 |
| 21 | There's, like, the original brand. | 13:46:05 |
| 22 | A. I think there's a whole wheat type of | 13:46:07 |
| 23 | cracker, Ritz. | 13:46:10 |
| 24 | Q. So you bought -- you think you bought the | 13:46:11 |
| 25 | Ritz Whole Wheat one? | 13:46:13 |

EVANGELINE RED - 7/7/2011

Page 173

```
 1          A.   Yes, and the low sodium type.                    13:46:15
 2          Q.   Okay.  There's one that was called "low          13:46:18
 3    sodium" that's now called "hint of salt."                   13:46:22
 4          A.   Oh.                                               13:46:25
 5          Q.   Does that refresh your recollection whether      13:46:25
 6    you bought that product as well?                            13:46:27
 7          A.   Hint of salt, I think -- I don't recall.  I      13:46:29
 8    don't recall if --                                          13:46:32
 9          Q.   Did you buy one that's called "Ritz Crackers     13:46:32
10    Roasted Vegetable"?                                         13:46:37
11          A.   Yes.                                             13:46:37
12          Q.   Did you buy one that's called "Ritz Crackers     13:46:37
13    Reduced Fat"?                                               13:46:41
14          A.   Yes, reduced fat, too.                           13:46:41
15          Q.   I will tell you that your complaint              13:46:43
16    identifies Ritz Roasted Vegetable, Ritz Hint of Salt,       13:46:44
17    Ritz Reduced Fat and Ritz Whole Wheat.                      13:46:52
18               Did you purchase all of those products since     13:46:54
19    19- -- since 2000?                                          13:46:56
20          A.   Yes.                                             13:46:58
21          Q.   Every single one of them?                        13:46:58
22          A.   I don't know how many, but I recall              13:47:00
23    purchasing those products.                                 13:47:03
24          Q.   Okay.  Beginning in 2000; is that correct?       13:47:05
25          A.   Yes, even before.                                13:47:08
```

| | | |
|---|---|---|
| 1 | your mind -- you know, this version versus ones that | 13:50:34 |
| 2 | you bought in the past. | 13:50:39 |
| 3 | A.   I don't remember. | 13:50:40 |
| 4 | Q.   Okay.  Fair enough.  Fair enough. | 13:50:41 |
| 5 | A.   Okay. | 13:50:43 |
| 6 | Q.   What do you find to be deceptive about this | 13:50:43 |
| 7 | product that you're complaining about? | 13:50:52 |
| 8 | A.   Well, this one shows vegetables on there, and | 13:50:53 |
| 9 | it says "real vegetables"; so I assume there's real | 13:50:58 |
| 10 | vegetables on the Ritz Cracker itself. | 13:51:02 |
| 11 | Q.   Okay.  Do you know whether, in fact, the | 13:51:06 |
| 12 | product is made with real vegetables or not? | 13:51:08 |
| 13 | A.   No. | 13:51:10 |
| 14 | Q.   You don't know? | 13:51:11 |
| 15 | A.   No. | 13:51:13 |
| 16 | Q.   "No," there aren't any real vegetables in | 13:51:14 |
| 17 | there; or, "no," you don't know? | 13:51:18 |
| 18 | A.   I don't know. | 13:51:20 |
| 19 | Q.   Is there a way you think you could determine | 13:51:20 |
| 20 | that if you read the ingredient label? | 13:51:23 |
| 21 | A.   Yes. | 13:51:25 |
| 22 | Q.   Okay.  And you never bothered to do that? | 13:51:25 |
| 23 | A.   No. | 13:51:27 |
| 24 | Q.   Okay.  Now, what did you think when you | 13:51:28 |
| 25 | purchased the product in terms of the vegetable | 13:51:31 |

EVANGELINE RED - 7/7/2011

Page 181

| | | |
|---|---|---|
| 1 | BY MR. PANOS: | 13:59:26 |
| 2 | Q. I'll ask you that question later. | 13:59:28 |
| 3 | Let me show you No. 9. | 13:59:31 |
| 4 | (Whereupon, Defendant's Exhibit 9 was | |
| 5 | marked for identification.) | 14:00:01 |
| 6 | BY MR. PANOS: | 14:00:01 |
| 7 | Q. Do you recognize what Exhibit 9 purports to | 14:00:11 |
| 8 | be? | 14:00:16 |
| 9 | A. Yes. | 14:00:16 |
| 10 | Q. What is it? | 14:00:19 |
| 11 | A. It's a Ritz Cracker Whole Wheat. | 14:00:21 |
| 12 | Q. Does this appear to be a copy of the type of | 14:00:24 |
| 13 | product of Ritz Whole Wheat cracker that you've | 14:00:26 |
| 14 | purchased in the past? | 14:00:31 |
| 15 | A. Yes. | 14:00:33 |
| 16 | Q. Okay. Can you tell me what about this | 14:00:34 |
| 17 | packaging, if anything, that you find to be deceptive? | 14:00:43 |
| 18 | And you can take a look at the front or the | 14:00:53 |
| 19 | back of it, whatever you need to do to answer the | 14:00:55 |
| 20 | question, please. | 14:00:57 |
| 21 | A. Just looks -- whole wheat -- it looks more -- | 14:01:06 |
| 22 | I don't know. This package looks a little bit more | 14:01:11 |
| 23 | healthier than -- | 14:01:14 |
| 24 | Q. I'm sorry. The package looks more healthier | 14:01:20 |
| 25 | than what? | 14:01:23 |

| | | |
|---|---|---|
| 1 | A.    This looks health -- looks like a healthy | 14:01:23 |
| 2 | Ritz Cracker over any other product, because it says | 14:01:27 |
| 3 | "whole wheat." | 14:01:29 |
| 4 | Is that your question? | 14:01:30 |
| 5 | Q.    I think so, yeah. | 14:01:31 |
| 6 | A.    Okay, yeah. | 14:01:32 |
| 7 | Q.    Okay.  So it looks like a healthier product | 14:01:33 |
| 8 | because -- | 14:01:37 |
| 9 | A.    It says "whole wheat." | 14:01:37 |
| 10 | Q.    Because it says it's made with -- | 14:01:39 |
| 11 | A.    Whole -- | 14:01:40 |
| 12 | Q.    -- whole wheat? | 14:01:42 |
| 13 | A.    Yeah. | 14:01:43 |
| 14 | Q.    Okay.  Does it indicate to you how many grams | 14:01:43 |
| 15 | of whole grain are in the product per serving? | 14:01:46 |
| 16 | A.    Yes, it does. | 14:01:49 |
| 17 | Q.    And what does it say? | 14:01:50 |
| 18 | A.    Five whole grain. | 14:01:51 |
| 19 | Q.    5 grams of whole grain -- | 14:01:53 |
| 20 | A.    Yes. | 14:01:55 |
| 21 | Q.    -- per serving? | 14:01:55 |
| 22 | A.    Yes. | 14:01:56 |
| 23 | Q.    Okay.  Is that a -- in your opinion a good | 14:01:57 |
| 24 | thing or a bad thing, that it contains 5 grams of whole | 14:02:00 |
| 25 | grain? | 14:02:04 |

| | | |
|---|---|---|
| 1 | MR. WESTON:  Objection; argumentative. | 14:04:45 |
| 2 | THE WITNESS:  Yes. | 14:04:49 |
| 3 | BY MR. PANOS: | 14:04:50 |
| 4 | Q.   Okay.  Now you understood, did you not, that | 14:04:50 |
| 5 | there was a Ritz original cracker that doesn't contain | 14:04:54 |
| 6 | whole wheat; correct? | 14:05:00 |
| 7 | A.   Yes. | 14:05:04 |
| 8 | Q.   Okay.  So you chose to buy the one that at | 14:05:04 |
| 9 | least had some amount of whole grains versus the | 14:05:09 |
| 10 | original brand, which doesn't have any whole grains; is | 14:05:11 |
| 11 | that correct? | 14:05:16 |
| 12 | A.   Yes. | 14:05:16 |
| 13 | Q.   Okay.  Now, you mentioned to me the fact that | 14:05:16 |
| 14 | you thought that the product looked healthy because it | 14:05:19 |
| 15 | mentioned the fact that it contains whole wheat. | 14:05:22 |
| 16 | Is there anything else about the packaging of | 14:05:25 |
| 17 | the product that you think indicates that the product | 14:05:27 |
| 18 | is healthy or -- | 14:05:29 |
| 19 | A.   It also has the sensible solution on there, | 14:05:30 |
| 20 | no cholesterol, no saturated fat and 5 whole grains per | 14:05:34 |
| 21 | serving. | 14:05:38 |
| 22 | Q.   So tell me why -- what is Kraft saying to | 14:05:39 |
| 23 | you -- | 14:05:45 |
| 24 | What do you think Kraft means when it says | 14:05:46 |
| 25 | it's a sensible solution? | 14:05:48 |

1    product?                                                    14:08:59

2        A.   It looks -- yes.                                   14:08:59

3        Q.   Okay.  Do you know whether that statement is       14:09:01

4    true or not true?                                           14:09:03

5        A.   It's true.                                         14:09:06

6        Q.   Okay.  Is there anything else about the            14:09:07

7    package that you see that made you want to purchase the     14:09:09

8    product?                                                    14:09:12

9        A.   It has the statement "sensible solution, no        14:09:12

10   cholesterol, low saturated fat."                            14:09:15

11       Q.   Is it sensible to have a snack product that        14:09:17

12   has no cholesterol and low saturated fat, in your          14:09:21

13   opinion?                                                    14:09:25

14       A.   Yes.                                               14:09:26

15       Q.   Okay.  And others might disagree with you.         14:09:26

16   Some might think that it's not sensible; correct?           14:09:29

17       A.   Yes.                                               14:09:33

18       Q.   Okay.  Now, I'll represent to you that the         14:09:33

19   sensible solutions flag wasn't even on the product back     14:09:36

20   in the '90s or early 2000s and mid 2000 when you bought     14:09:40

21   the product.                                                14:09:44

22            So I assume you'll agree that that had             14:09:45

23   nothing to do with your decision to purchase the           14:09:48

24   product back then?                                          14:09:51

25       A.   Back in the earlier years?                         14:09:52

```
 1      Q.   Yeah.                                    14:09:54

 2      A.   Yes.                                     14:09:55

 3      Q.   Let me show you the last version called "Ritz   14:10:17

 4   Hint of Salt," and we'll mark this one as Exhibit 11.   14:10:24

 5           (Whereupon, Defendant's Exhibit 11 was   14:10:27

 6           marked for identification.)              14:10:40

 7   BY MR. PANOS:                                    14:10:40

 8      Q.   Do you recognize what Exhibit 11 purports to   14:10:41

 9   be?                                              14:10:45

10      A.   Yes.                                     14:10:45

11      Q.   What is it?                              14:10:46

12      A.   It says "Ritz Cracker Hint of Salt."    14:10:47

13      Q.   Okay.  Does this appear to be a product that   14:10:50

14   you've purchased in the past?                    14:10:52

15      A.   Hint of salt -- not really the hint of salt.   14:10:58

16   I've never really seen the hint of salt.         14:11:02

17      Q.   Okay.  So you don't ever recall purchasing   14:11:04

18   this product?                                    14:11:07

19      A.   Not the hint of salt.                    14:11:07

20      Q.   Which product do you recall purchasing?  14:11:09

21      A.   I recall the other, Ritz Cracker Reduced Fat.   14:11:12

22      Q.   Okay.                                    14:11:16

23      A.   And --                                   14:11:16

24      Q.   And the whole wheat?                     14:11:18

25      A.   Yes, whole wheat.                        14:11:19
```

EVANGELINE RED - 7/7/2011

Page 190

| | | |
|---|---|---|
| 1 | Q. And the roasted vegetables? | 14:11:20 |
| 2 | A. Roasted vegetables. | 14:11:23 |
| 3 | I don't recall this hint of -- | 14:11:25 |
| 4 | Q. Okay. | 14:11:26 |
| 5 | A. Is this a newer one? Is this -- maybe -- | 14:11:33 |
| 6 | Q. All right. Are you familiar with a product | 14:11:38 |
| 7 | known as Vegetable Thins? | 14:11:43 |
| 8 | A. Yes. | 14:11:45 |
| 9 | Q. What is that product, if you recall? | 14:11:52 |
| 10 | A. A cracker, snack substance. | 14:11:55 |
| 11 | Q. Is it a cracker? Is it a cookie? | 14:12:06 |
| 12 | A. It's a cracker. | 14:12:09 |
| 13 | Q. It's a cracker. | 14:12:10 |
| 14 | Do you know what it tastes like? | 14:12:12 |
| 15 | A. Yes. | 14:12:18 |
| 16 | Q. What's it taste like? | 14:12:21 |
| 17 | A. It tastes like crackers with seasoning of | 14:12:24 |
| 18 | vegetables -- some type of vegetables. | 14:12:29 |
| 19 | Q. Okay. Kind of like an union, tomato, roasted | 14:12:31 |
| 20 | bell peppery type taste? | 14:12:35 |
| 21 | A. Exactly. | 14:12:37 |
| 22 | Q. Why did you buy Vegetable Thins? For what | 14:12:39 |
| 23 | purpose? | 14:12:47 |
| 24 | A. To snack on, because it looks like the | 14:12:47 |
| 25 | healthiest option there. | 14:12:50 |

| 1 | A. Yes. | 14:14:29 |
|---|---------|----------|
| 2 | Q. Okay. What about the product led you to | 14:14:30 |
| 3 | believe that it was at least healthier than, say, for | 14:14:41 |
| 4 | example, potato chips? | 14:14:44 |
| 5 | A. It says "vegetables" on it, and it has the | 14:14:45 |
| 6 | whole vegetables on top of there. | 14:14:49 |
| 7 | Q. Okay. | |
| 8 | A. And it says "real vegetables." | 14:14:52 |
| 9 | Q. Okay. Did you believe that you were | 14:14:54 |
| 10 | consuming, you know, one recommended serving amount of | 14:15:00 |
| 11 | vegetables by eating one serving size of | 14:15:05 |
| 12 | Vegetable Thins? | 14:15:07 |
| 13 | A. No. | 14:15:11 |
| 14 | Q. And you purchased this product in the snack | 14:15:21 |
| 15 | aisle; is that correct? | 14:15:26 |
| 16 | A. Yes. | 14:15:27 |
| 17 | Q. What other products are in the snack aisle | 14:15:27 |
| 18 | when you bought all these Kraft products we're talking | 14:15:33 |
| 19 | about? | 14:15:36 |
| 20 | Oreo Cookies, for example -- are they in the | 14:15:36 |
| 21 | snack aisle? | 14:15:40 |
| 22 | A. Oreo Cookies, chips, chocolate chip cookies. | 14:15:41 |
| 23 | Q. Junk food? | 14:15:45 |
| 24 | A. Junk food, exactly. | 14:15:45 |
| 25 | Q. Can you think of one print ad that you ever | 14:15:54 |

EVANGELINE RED - 7/7/2011

Page 201

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 14:25:49 |
| 2 | Q. | When did you stop buying Ginger Snaps, if you | 14:25:49 |
| 3 | can recall? | | 14:25:53 |
| 4 | A. | Maybe, again, five years ago or so.  I -- I | 14:25:53 |
| 5 | don't recall the dates or times; so I'm just giving you | | 14:25:56 |
| 6 | an estimate. | | 14:26:01 |
| 7 | Q. | Been many, many years? | 14:26:02 |
| 8 | A. | A few years, yeah. | 14:26:03 |
| 9 | Q. | Okay.  So, let's say, perhaps in 2006, you | 14:26:05 |
| 10 | stopped buying them; correct? | | 14:26:07 |
| 11 | A. | Right. | 14:26:09 |
| 12 | Q. | Did you buy them in maybe 2000, 2001? | 14:26:09 |
| 13 | A. | Earlier than, I think, too; so -- | 14:26:12 |
| 14 | Q. | Did you purchase them for your own | 14:26:16 |
| 15 | consumption or for somebody else? | | 14:26:18 |
| 16 | A. | For me -- for myself. | 14:26:20 |
| 17 | Q. | You view them as sort of a cookie and a | 14:26:21 |
| 18 | treat-type product? | | 14:26:24 |
| 19 | A. | I would view them as a cookie type. | 14:26:25 |
| 20 | Q. | Okay.  You didn't view it as a highly | 14:26:27 |
| 21 | nutritious product? | | 14:26:30 |
| 22 | A. | No. | 14:26:33 |
| 23 | Q. | Correct? | |
| 24 | | Did you -- is there anything on this labeling | 14:26:33 |
| 25 | that you think causes it to be deceptive or misleading? | | 14:26:35 |

EVANGELINE RED - 7/7/2011

Page 202

| | | |
|---|---|---|
| 1 | A.    Same things, sensible solution. | 14:26:40 |
| 2 | Q.    Okay.  And why does Kraft say it's a sensible | 14:26:43 |
| 3 | solution? | 14:26:46 |
| 4 | A.    Low saturated fat, no cholesterol. | 14:26:46 |
| 5 | Q.    Okay.  Do you agree that it would be sensible | 14:26:49 |
| 6 | to eat a snack product that has low saturated fat and | 14:26:52 |
| 7 | no cholesterol? | 14:26:56 |
| 8 | A.    Yes. | 14:26:57 |
| 9 | Q.    And you agree that others might have a | 14:26:57 |
| 10 | different opinion; correct? | 14:26:59 |
| 11 | A.    Yes. | 14:27:01 |
| 12 | Q.    Okay.  I guess it just depends on what each | 14:27:01 |
| 13 | individual consumer is interested in; correct? | 14:27:07 |
| 14 | A.    That's true. | 14:27:09 |
| 15 | Q.    Is there anything else about the product you | 14:27:09 |
| 16 | think makes it deceptive? | 14:27:11 |
| 17 | A.    No. | 14:27:16 |
| 18 | MR. PANOS:  Okay.  Let's take a five-, | 14:27:34 |
| 19 | ten-minute break. | 14:27:39 |
| 20 | MR. WESTON:  All right. | 14:27:39 |
| 21 | THE VIDEOGRAPHER:  Going off the record, the | 14:27:40 |
| 22 | time is 2:27 p.m. | 14:27:44 |
| 23 | (Recess taken.) | 14:27:46 |
| 24 | THE VIDEOGRAPHER:  Back on the record.  The | 14:34:15 |
| 25 | time is 2:34 p.m. | 14:34:18 |