# EXHIBIT G



< · · · back

Vanilla, boring? No way! Our Grand Vanilla Ice Cream is the perfect balance of sweet cream and the finest real vanilla. The smooth, natural vanilla flavor and the creamy texture make Grand Vanilla a favorite among true vanilla experts!

Zip Code:

Find stores within:

**INGREDIENTS**: skim milk, cream, sugar, corn syrup, whey, molasses, acacia gum, guar gum, carob bean gum, carrageenan, xantham gum, natural flavors (with vanilla extract), annatto color

| Nutritional facts | |
|---|---|
| Amount per 1/2 Cup | |
| **Calories** | 140 |
| Calories from Fat | 60 |
| **Total Fat** | 7 (g) |
| Saturated Fat | 4 (g) |
| Trans Fat | (g) |
| **Cholesterol** | 25 (mg) |
| **Sodium** | 35 (mg) |
| **Total Carbohydrates** | 16 (g) |
| Dietary Fiber | 0 (g) |
| Sugars | 13 (g) |
| **Protein** | 2 (g) |
| **Calcium** | 6 % |

Does not Contain Nuts  Gluten-Free  Kosher

Please be sure to check the actual product label since the information here may vary by market.





All trademarks are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.



Home
Privacy Policy
Copyright/Terms of Use