# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Case No. **CV 10-1028-GW(AGRx)**<br>Pleading Type: Class Action<br>Action Filed: February 11, 2010<br><br>**ORDER FOR CONSOLIDATION AND APPOINTMENT OF LEAD COUNSEL**<br><br>Judge: The Hon. George H. Wu |
| JEANNETTE FORD-SOON, individually and behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS, a Georgia Corporation; DOES 1 through 100, inclusive,<br><br>Defendants. | Case no. CV 11-7877-GW(AGRx)<br>Pleading Type: Class Action<br>Action Filed: June 7, 2011 |

1  Having reviewed the parties' Stipulation and Joint Motion for Consolidation and
2  Appointment of Lead Counsel, and for good causing having been found, the Joint Motion
3  is GRANTED.

**IT IS SO ORDERED.**

DATED:  December 22, 2011

_____
The Honorable George H. Wu
United States District Judge

1

*Red et al. v. Kraft Foods Inc.,* Case No. 2:10-cv-01028 GW (AGRx)
[PROPOSED] ORDER GRANTING STIPULATION OF CONSOLIDATION
AND APPOINTMENT OF LEAD COUNSEL

| | |
|---|---|
| Dated: December 19, 2011 | Respectfully submitted, |
| | /s/ Gregory S. Weston |
| | Gregory S. Weston |
| | **THE WESTON FIRM** |
| | GREGORY S. WESTON |
| | JACK FITZGERALD |
| | 1405 Morena Blvd., Suite 201 |
| | San Diego, CA 92110 |
| | Telephone: (619) 798-2006 |
| | Facsimile: 480 247 4553 |
| | **LAW OFFICES OF RONALD A. MARRON, APLC** |
| | RONALD A. MARRON |
| | 3636 4th Street, Suite 202 |
| | San Diego, CA 92103 |
| | *Counsel for Plaintiffs Evangeline Red and Rachel Whitt* |

2

*Red et al. v. Kraft Foods Inc.,* Case No. 2:10-cv-01028 GW (AGRx)
[PROPOSED] ORDER GRANTING STIPULATION OF CONSOLIDATION
AND APPOINTMENT OF LEAD COUNSEL