# EXHIBIT 2

ORIGINAL

# In The Matter Of:

*EVANGELINE RED and RACHEL WHITT*
*v.*
*KRAFT FOODS INC.*

---

*RED, EVANGELINE - Vol. 1*

*July 7, 2011*

---

**MERRILL CORPORATION**
LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EVANGELINE RED and RACHEL )    CASE NO.
WHITT, on Behalf of )    CV10-01028-GW (AGRX)
Themselves and All Others )
Similarly Situated, )
                 )
          Plaintiffs, )    ORIGINAL
                 )
         VS. )
                 )
                 )
KRAFT FOODS INC., KRAFT )
FOODS NORTH AMERICA, and )
KRAFT FOODS GLOBAL, INC., )
                 )
         Defendants. )
_____ )

DEPOSITION OF EVANGELINE RED

TAKEN ON

THURSDAY, JULY 7, 2011

Reported by:  DENISE A. ROSS

CSR No. 10687

```
1                Deposition of EVANGELINE RED, taken on behalf

2     of the Defendants, at 633 West 5th Street, Suite 3500,

3     Los Angeles, California, on THURSDAY, JULY 7, 2011, at

4     9:19 a.m., before DENISE A. ROSS, CSR No. 10687.

5

6     APPEARANCES:

7

8     FOR THE PLAINTIFF:

9               THE WESTON FIRM
                BY:  GREGORY WESTON, ESQ.
10              888 Turquoise Street
                San Diego, California 92109
11              (858) 488-1672

12              LAW OFFICES OF RONALD A. MARRON
                BY:  RONALD A. MARRON, ESQ.
13              3636 Fourth Avenue
                Suite 202
14              San Diego, California 92103
                (619) 696-9006

15

16    FOR THE DEFENDANTS:

17              JENNER & BLOCK LLP
                BY:  DEAN N. PANOS, ESQ.
18              353 North Clark Street
                Chicago, Illinois 60654-3456
19              (312) 222-9350

20              JENNER & BLOCK LLP
                BY:  KENNETH K. LEE, ESQ.
21              633 West 5th Street
                Suite 3500
22              Los Angeles, California 90071
                (213) 239-5100

23

      ALSO PRESENT:
24
                JAMES GABRIEL, VIDEOGRAPHER
25
```

EVANGELINE RED - 7/7/2011

| | | |
|---|---|---|
| 1 | Q.   Okay.  Let me hand you what we'll mark as | 09:30:28 |
| 2 | Red Exhibit No. 1.  I'll hand courtesy copies to your | 09:30:34 |
| 3 | lawyers, and then the court reporter will show them to | 09:30:41 |
| 4 | you. | 09:30:43 |
| 5 | MR. WESTON:  I think you're going to use the | 09:30:55 |
| 6 | copy that she's going to give you.  There you go.  I | 09:30:56 |
| 7 | have the same thing, though. | 09:31:00 |
| 8 | THE WITNESS:  Okay. | 09:31:01 |
| 9 | (Whereupon, Defendant's Exhibit 1 was | 09:31:02 |
| 10 | marked for identification.) | 09:31:05 |
| 11 | BY MR. PANOS: | 09:31:05 |
| 12 | Q.   I've handed you what's been marked as | 09:31:06 |
| 13 | Red Exhibit No. 1. | 09:31:09 |
| 14 | I'm going to ask you:  Does this document | 09:31:10 |
| 15 | look like the interrogatories that you received from | 09:31:12 |
| 16 | your lawyers that you responded to? | 09:31:14 |
| 17 | A.   Yes, this is the one. | 09:31:18 |
| 18 | Q.   Okay.  Do you recall providing responses to | 09:31:19 |
| 19 | your lawyers in response to these -- several of these | 09:31:21 |
| 20 | questions? | 09:31:25 |
| 21 | A.   Yes. | 09:31:26 |
| 22 | MR. WESTON:  Just take a minute to look | 09:31:28 |
| 23 | through it, too. | 09:31:29 |
| 24 | BY MR. PANOS: | 09:31:30 |
| 25 | Q.   You can take all the time you want. | 09:31:31 |

EVANGELINE RED - 7/7/2011

Page 18

| | | |
|---|---|---|
| 1 | MR. MARRON:   You want to help guide her? | 09:31:38 |
| 2 | MR. WESTON:   This part should probably look | 09:31:40 |
| 3 | the most familiar. | 09:31:42 |
| 4 | BY MR. PANOS: | 09:31:45 |
| 5 | Q.   Well, for example, did you provide responses | 09:31:46 |
| 6 | as to where you resided and where you went to high | 09:31:48 |
| 7 | school and those sorts of things? | 09:31:51 |
| 8 | A.   Yes. | 09:31:52 |
| 9 | Q.   Okay.  And you provided those responses to | 09:31:53 |
| 10 | your counsel when? | 09:31:55 |
| 11 | A.   Over the phone last week. | 09:31:58 |
| 12 | Q.   Okay.  So you went over these questions with | 09:32:00 |
| 13 | them by telephone? | 09:32:03 |
| 14 | A.   Yes. | 09:32:07 |
| 15 | Q.   Okay.  Let me ask you a little bit about your | 09:32:07 |
| 16 | educational background. | 09:32:11 |
| 17 | You attended Carson High School in Carson, | 09:32:11 |
| 18 | California; is that correct? | 09:32:14 |
| 19 | A.   Yes. | 09:32:15 |
| 20 | Q.   Is that where you went all four years of high | 09:32:16 |
| 21 | school, or more? | 09:32:20 |
| 22 | A.   Yes. | 09:32:20 |
| 23 | Q.   Yes? | 09:32:21 |
| 24 | Did you graduate? | 09:32:22 |
| 25 | A.   Yes. | 09:32:23 |

EVANGELINE RED    7/7/2011

Page 45

| 1 | BY MR. PANOS: | 10:14:15 |
| 2 | Q.   Is that correct? | 10:14:16 |
| 3 | A.   Yes. | 10:14:16 |
| 4 | Q.   No doctor has ever told you that you are at a | 10:14:16 |
| 5 | higher risk of suffering heart disease because you ate | 10:14:19 |
| 6 | certain Kraft Foods products; is that correct? | 10:14:23 |
| 7 | A.   Yes. | 10:14:24 |
| 8 | Q.   Are there any foods or drinks that you do not | 10:14:44 |
| 9 | consume due to what you perceive to be the potential | 10:14:47 |
| 10 | health or safety risks of those foods? | 10:14:50 |
| 11 | A.   Food and drinks? | 10:14:54 |
| 12 | Q.   Yeah. | 10:14:56 |
| 13 | A.   Well, I avoid eating white substance, which | 10:14:56 |
| 14 | is like white bread, soda -- | 10:15:04 |
| 15 | Do I go on or -- | 10:15:10 |
| 16 | Q.   Yeah.  Tell me the foods or beverages that | 10:15:11 |
| 17 | you attempt to avoid consuming. | 10:15:14 |
| 18 | MR. WESTON:  Objection; calls for an | 10:15:16 |
| 19 | open-ended narrative answer. | 10:15:18 |
| 20 | BY MR. PANOS: | 10:15:24 |
| 21 | Q.   You can answer. | 10:15:24 |
| 22 | A.   Okay.  Like, I try to go towards the wheat | 10:15:25 |
| 23 | part.  Like instead of white rice, I try to do the brown | 10:15:33 |
| 24 | rice.  No more soda. | 10:15:38 |
| 25 | What else?  That's it. | 10:15:44 |

EVANGELINE RED 7/7/2011

Page 60

| | | | |
|---|---|---|---|
| 1 | Q. | Anything else you shop there for? | 10:30:26 |
| 2 | A. | Their salad.  They have a good mixed salad | 10:30:30 |
| 3 | there, and it's good.  That's it.  That's the bulky ones | | 10:30:35 |
| 4 | that I buy over there. | | 10:30:39 |
| 5 | Q. | Okay.  Nothing else that you can recall that | 10:30:40 |
| 6 | you shop there for? | | 10:30:41 |
| 7 | A. | No. | 10:30:43 |
| 8 | Q. | Do you buy any cereals there? | 10:30:43 |
| 9 | A. | No.  It's too big. | 10:30:46 |
| 10 | Q. | Okay.  What do you spend on yourself on | 10:30:48 |
| 11 | average for your monthly grocery bill? | | 10:30:54 |
| 12 | | How much is your monthly grocery bill? | 10:30:58 |
| 13 | A. | Approximately 400. | 10:31:08 |
| 14 | Q. | $400 a month? | 10:31:12 |
| 15 | A. | I -- yeah -- roughly, yeah. | 10:31:13 |
| 16 | Q. | Do you ever use coupons as part of the | 10:31:18 |
| 17 | purchase of any food products at grocery stores? | | 10:31:23 |
| 18 | A. | No. | 10:31:27 |
| 19 | Q. | Okay.  Do you use any special promotions? | 10:31:28 |
| 20 | | I mean, do you buy things on special | 10:31:30 |
| 21 | promotion? | | 10:31:33 |
| 22 | A. | If I see it on -- on the -- on the -- yeah, | 10:31:34 |
| 23 | if it says sale, I'll choose the sale one. | | 10:31:38 |
| 24 | Q. | So if you have a choice between two products | 10:31:42 |
| 25 | that are similar, do you choose the sale one over the | | 10:31:46 |

EVANGELINE RED - 7/7/2011

Page 61

```
 1    nonsale one?                                          10:31:49
 2        A.   Yes.                                         10:31:50
 3        Q.   Can you give me an example of what type of --  10:31:50
 4        A.   Like the milk -- for instance, I choose low  10:31:53
 5    fat or skim milk, whatever is -- or 1 percent milk.  It  10:31:56
 6    doesn't matter for me, just as long as I have milk on my  10:32:01
 7    cereal or my oatmeal.  So --                          10:32:05
 8        Q.   So -- so promotional discounts might have    10:32:08
 9    some influence over which particular product you might  10:32:11
10    buy?                                                   10:32:14
11        A.   Yes.                                          10:32:14
12        Q.   Okay.  Of the approximate -- I know you're   10:32:15
13    just giving us your best estimate of $400 a month in   10:32:21
14    grocery bills that you spend.                          10:32:24
15             Do you know what percentage of that you spend  10:32:25
16    on, for example, let's say, the main portion of a meal,  10:32:28
17    like an entree?                                        10:32:32
18        A.   Entree -- hold on.                            10:32:36
19        Q.   Whatever it is that is the main portion of   10:32:39
20    your meals is what I'm referring to.                   10:32:43
21        A.   I think those are all main meals.             10:32:49
22             What do you mean by --                        10:32:53
23        Q.   Well, for example, do you purchase           10:32:53
24    vegetables?                                            10:32:55
25        A.   Yes.                                          10:32:56
```

EVANGELINE REID    7/7/2011

Page 62

| | | | |
|---|---|---|---|
| 1 | | Q. | Which vegetables? | 10:32:56 |

1    Q.   Which vegetables?                              10:32:56

2    A.   Broccoli, asparagus, carrots.                  10:32:57

3    Q.   Do you consider those to be the main part of   10:33:02

4  your meal, or is there some other thing --           10:33:04

5         For example, you indicated you like beef.      10:33:07

6         Do you buy beef at the grocery stores?         10:33:09

7    A.   I like seafood, fish.  Yes, that's pretty      10:33:12

8  much --                                              10:33:15

9    Q.   So, for example, beef and seafood we talked    10:33:15

10  about.                                              10:33:15

11        What percentage of your monthly bill do you    10:33:17

12  spend on beef and seafood versus other --           10:33:21

13   A.   Products and stuff?                            10:33:23

14   Q.   Yeah.                                          10:33:24

15        MR. WESTON:  Objection; ambiguous.             10:33:25

16        THE WITNESS:  Okay.  Maybe half.               10:33:30

17  BY MR. PANOS:                                        10:33:34

18   Q.   Okay.                                          10:33:36

19   A.   Like 200.                                      10:33:36

20   Q.   Okay.  What percentage would you say you       10:33:38

21  spend buying the vegetables that you mentioned?  What  10:33:42

22  percentage of your bill?                            10:33:45

23   A.   Maybe one quarter of it.                       10:33:54

24   Q.   So it's -- about 25 percent of your bill you   10:33:59

25  think comes from vegetables?                         10:34:01

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 10:34:03 |
| 2 | Q. | What about fruit?  Do you buy any fruits? | 10:34:03 |
| 3 | A. | Yes. | 10:34:06 |
| 4 | Q. | What fruits do you buy? | 10:34:06 |
| 5 | A. | Cantaloupe, watermelon -- | 10:34:08 |
| 6 | Q. | Okay.  And what percentage do you think of | 10:34:14 |
| 7 | | your -- | 10:34:16 |
| 8 | A. | -- apples. | 10:34:16 |
| 9 | Q. | -- monthly bill is spent on fruit? | 10:34:17 |
| 10 | A. | Maybe another 15 -- 15 percent. | 10:34:20 |
| 11 | Q. | Okay.  Do you buy any snack food items? | 10:34:27 |
| 12 | A. | Yes. | 10:34:31 |
| 13 | Q. | What snack food items do you buy? | 10:34:31 |
| 14 | A. | Pretzel Goldfish. | 10:34:34 |
| 15 | Q. | Okay.  Anything else? | 10:34:37 |
| 16 | A. | Not really.  I don't really like to snack. | 10:34:42 |
| 17 | | Oh, Chex Mix. | 10:34:45 |
| 18 | Q. | Chex Mix? | 10:34:47 |
| 19 | A. | Sometimes. | 10:34:50 |
| 20 | Q. | Any other snack food item? | 10:34:56 |
| 21 | A. | That's it. | 10:34:58 |
| 22 | Q. | Do you -- | 10:35:01 |
| 23 | A. | Oh, I do sometimes -- let me see what else. | 10:35:02 |
| 24 | | I don't really like to snack.  Peanuts, like almond | 10:35:05 |
| 25 | | nuts -- not really peanuts, almond.  That's it. | 10:35:11 |

EVANGELINE RED — 7/7/2011

Page 69

| | | |
|---|---|---|
| 1 | A.   Yes, kind of. | 10:41:52 |
| 2 | Q.   So you perceive the products sold in the | 10:41:53 |
| 3 | snack food section of the grocery store to be the less | 10:41:55 |
| 4 | nutritious products in the store; correct? | 10:42:00 |
| 5 | A.   Yes. | 10:42:05 |
| 6 | Q.   Okay.  Are you still buying or have you -- | 10:42:05 |
| 7 | Do you buy any of the products that are the | 10:42:20 |
| 8 | subject of this lawsuit?  Do you still buy any of the | 10:42:22 |
| 9 | products? | 10:42:24 |
| 10 | A.   No. | 10:42:25 |
| 11 | Q.   Okay.  When is -- when did you stop buying | 10:42:25 |
| 12 | the products that are at issue in this lawsuit? | 10:42:29 |
| 13 | A.   Roughly -- maybe a couple years.  I don't | 10:42:35 |
| 14 | recall -- | 10:42:42 |
| 15 | Q.   You don't recall? | 10:42:42 |
| 16 | A.   -- exactly.  Uh-huh.  A couple of years. | 10:42:43 |
| 17 | Q.   Why did you stop buying them? | 10:42:46 |
| 18 | A.   Because I -- I perceive it's -- it's -- the | 10:42:49 |
| 19 | label is not honest.  It will say veggie -- "vegetables" | 10:42:56 |
| 20 | on it, and I don't think there's real vegetables in | 10:43:04 |
| 21 | there or -- that's -- | 10:43:07 |
| 22 | Q.   How do you know whether a package food you | 10:43:28 |
| 23 | buy contains ingredients that you believe are | 10:43:32 |
| 24 | nonnutritious or not good for you? | 10:43:36 |
| 25 | A.   Whenever they say "wheat," I think it's more | 10:43:41 |

1       nu- -- it's healthier.                                  10:43:45

2           Q.   Do you read labels of food you buy?            10:43:48

3           A.   Yes.  Normally it will say in the front,       10:43:51

4       like, wheat, whole wheat.  So I prefer the whole wheat  10:43:55

5       instead.                                                10:43:58

6           Q.   Okay.  Any other ingredient you can tell me    10:43:59

7       about that you look for on the front of the packaging?  10:44:03

8           A.   It will say, like, no cholesterol or like --   10:44:19

9           Q.   So you look for products that say "whole       10:44:26

10      wheat"?                                                 10:44:29

11          A.   Yes.  And I prefer -- if it says "low          10:44:29

12      cholesterol," I'll choose that one or anything that     10:44:35

13      states the choice is better or, you know --             10:44:37

14          Q.   So you would per- -- you would prefer to       10:44:44

15      purchase a product that was labeled as no cholesterol   10:44:47

16      per serving versus one that you believe has cholesterol 10:44:51

17      per serving.                                            10:44:55

18               Is that a fair statement?                      10:44:56

19          A.   Fair.                                          10:44:57

20          Q.   Okay.  I asked you about how you might find    10:44:59

21      out what other ingredients would be in the product, and 10:45:02

22      you mentioned, well, it might say "whole wheat" on the  10:45:06

23      front or it might say "no cholesterol."                 10:45:09

24               Is there any other place on the food package   10:45:12

25      that you purchase where you might find where the        10:45:17

EVANGELINE REID 7/7/2011

Page 78

| | | |
|---|---|---|
| 1 | lawsuit? | 10:53:57 |
| 2 | A.   Yes. | 10:53:58 |
| 3 | Q.   Do you know what that means? | 10:53:58 |
| 4 | MR. WESTON:  Yeah.  Don't answer it if in | 10:54:11 |
| 5 | doing so you would have to discuss our attorney-client | 10:54:14 |
| 6 | conversations.  So if you can't answer it in a way that | 10:54:18 |
| 7 | doesn't disclose our conversations, then don't answer | 10:54:22 |
| 8 | it. | 10:54:24 |
| 9 | BY MR. PANOS: | 10:54:26 |
| 10 | Q.   Do you know what it means to be a class | 10:54:27 |
| 11 | representative? | 10:54:29 |
| 12 | MR. MARRON:  Same objection. | 10:54:32 |
| 13 | MR. WESTON:  Yeah. | 10:54:33 |
| 14 | MR. PANOS:  The answer is either a "yes" or | 10:54:39 |
| 15 | "no."  That doesn't disclose any confidentiality. | 10:54:40 |
| 16 | MR. WESTON:  You can answer that one "yes" or | 10:54:43 |
| 17 | "no," but don't start giving detailed answers about our | 10:54:45 |
| 18 | conversations. | 10:54:49 |
| 19 | THE WITNESS:  No. | 10:54:49 |
| 20 | BY MR. PANOS: | 10:54:50 |
| 21 | Q.   You don't know what it means to be a class | 10:54:50 |
| 22 | representative? | 10:54:52 |
| 23 | A.   I mean -- | 10:54:53 |
| 24 | Q.   I'm sorry. | 10:55:10 |
| 25 | A.   Say it again, because I got lost with you | 10:55:11 |

1       guys.                                                        10:55:13

2               MR. PANOS:  What was -- can you give me the          10:55:14

3       previous question and answer, the one that she gave an       10:55:17

4       answer to.                                                   10:55:19

5               MR. WESTON:  And then after this, we're going        10:55:19

6       to take another break.                                       10:55:21

7               THE REPORTER:  Hang on one second, please.           10:55:28

8               (Record read as follows:

9                   "QUESTION:  Do you know what it

10              means to be a class representative?")

11              THE REPORTER:  Objections were stated.

12              (Record read as follows:

13                  "ANSWER:  No.")                                   10:55:44

14              MR. PANOS:  You want to take a break?                 10:55:44

15              MR. WESTON:  Yeah.                                    10:55:45

16              MR. PANOS:  Okay.  That's fine.                       10:55:46

17              THE VIDEOGRAPHER:  Going off the record, the         10:55:48

18      time is 10:55 a.m.                                           10:55:49

19              (Recess taken.)                                      10:55:52

20              THE VIDEOGRAPHER:  This marks the beginning          11:17:18

21      of Tape No. 2 in the deposition of Evangeline Red,           11:17:30

22      Volume I.  Back on the record.  The time is 11:17 a.m.       11:17:34

23              MR. PANOS:  Mr. Weston, that was an over             11:17:38

24      23-minute break.  Can we try to be courteous of             11:17:44

25      everyone's time here and not take breaks that --            11:17:48

EVANGELINE RED - 7/7/2011

Page 89

```
 1        A.   Financial, no.                           11:26:02
 2        Q.   Can you tell me if you know what products are   11:26:05
 3   the subject of the lawsuit you brought?  Do you know   11:26:09
 4   what they are?                                     11:26:13
 5        A.   Yes.                                      11:26:13
 6        Q.   Can you identify those for the ladies and   11:26:14
 7   gentlemen of the jury?                             11:26:17
 8        A.   Yes.  Teddy Grahams --                    11:26:17
 9        Q.   Okay.                                     11:26:19
10        A.   -- Ritz --                                11:26:20
11        Q.   Okay.                                     11:26:21
12        A.   -- Premium Saltines, Honey Maid Grahams,   11:26:23
13   Ginger Snaps --                                    11:26:35
14        Q.   Okay.                                     11:26:38
15        A.   -- Vegetable Thins.                       11:26:38
16        Q.   I'm sorry.  I didn't mean to cut you off.   11:26:39
17             What was the last one?                    11:26:43
18        A.   Vegetable Thins.                          11:26:44
19        Q.   Anything else you recall?                 11:26:45
20        A.   That's -- that's it.                      11:26:46
21        Q.   Were there certain varieties or flavors of   11:26:47
22   these products that you bought?                    11:26:50
23        A.   It's -- Teddy Grahams and Ritz is the most I   11:26:53
24   bought.                                            11:26:58
25        Q.   Okay.  When did you start buying --       11:26:59
```

EVANGELINE RED - 7/7/2011

Page 93

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 11:30:29 |
| 2 | Q. | Do you eat any of them today? | 11:30:30 |
| 3 | A. | No. | 11:30:31 |
| 4 | Q. | Does your family eat any of those today? | 11:30:32 |
| 5 | A. | No. | 11:30:34 |
| 6 | Q. | Who bought these products when you were | 11:30:34 |
| 7 | consuming them over the last ten years? | | 11:30:36 |
| 8 | A. | My aunt, my siblings before, my parents. | 11:30:39 |
| 9 | Q. | Okay.  How about you? | 11:30:48 |
| 10 | A. | When I was younger, no.  I have -- I didn't | 11:30:51 |
| 11 | buy them. | | 11:30:54 |
| 12 | Q. | Okay.  When you first started buying | 11:30:54 |
| 13 | Teddy Grahams, do you know what statements were on the | | 11:31:08 |
| 14 | packaging that caused you to make the purchase, if any? | | 11:31:14 |
| 15 | A. | It's healthier, it looks -- | 11:31:23 |
| 16 | | The statements on there? | 11:31:28 |
| 17 | Q. | Yeah. | 11:31:29 |
| 18 | A. | Can -- | 11:31:30 |
| 19 | Q. | Can you recall? | 11:31:33 |
| 20 | A. | I don't recall. | 11:31:34 |
| 21 | Q. | Okay. | 11:31:34 |
| 22 | A. | I have to -- | 11:31:35 |
| 23 | Q. | So you mentioned you were -- you've eaten | 11:31:36 |
| 24 | Teddy Grahams.  You've purchased Teddy Grahams for -- I | | 11:31:39 |
| 25 | think you said for about ten years; is that correct? | | 11:31:43 |

EVANGELINE REB      7/7/2011

```
 1              not rely on those statements in making
 2              your purchase decision?")                    11:33:48
 3   BY MR. PANOS:                                           11:33:48
 4       Q.   You may answer.                                11:33:48
 5       A.   Yes.                                           11:33:49
 6       Q.   Okay.  At the time you started buying the     11:33:50
 7   products, I assume you bought them because you liked    11:33:54
 8   the taste of them; is that correct?                     11:33:56
 9       A.   Yes.                                           11:33:58
10       Q.   And at least you thought it was a fair enough  11:33:58
11   price that you were willing to buy them; correct?       11:34:01
12       A.   Yes.                                           11:34:04
13       Q.   And some of them you purchased, I take it,     11:34:04
14   because you ate them as a child and it was just         11:34:08
15   something that you always had and remembered; correct?  11:34:10
16       A.   Yes.                                           11:34:16
17       Q.   Do you know what class of people you're        11:34:16
18   seeking to represent?  Do you know who is in the class? 11:34:18
19       A.   People who bought the products.                11:34:21
20       Q.   Okay.  Everywhere?  Anywhere?                  11:34:23
21       A.   Everywhere.                                    11:34:25
22       Q.   Okay.  Going back how far?                     11:34:26
23       A.   Ever since maybe 2000.                         11:34:29
24       Q.   Okay.  And what relief are you seeking for     11:34:36
25   yourself, if you know?                                  11:34:41
```

1     A.   Just to take out labels that are not honest.   11:34:42

2   You know, if it's not healthy, I don't --   11:34:52

3     Q.   So you want a change in the labeling?   11:34:56

4     A.   Yes.   11:34:58

5     Q.   Okay.   Are you seeking any monetary   11:35:00

6   compensation?   11:35:02

7     A.   No.   11:35:02

8     Q.   So you're not going to request that any court   11:35:03

9   reimburse you for the cost of any of your -- cost of   11:35:07

10   whatever you purchased?   11:35:09

11     A.   I'm not looking into anything.   11:35:10

12     Q.   Okay.   Do you know what relief you're seeking   11:35:15

13   for the class you seek to represent?   11:35:20

14     A.   Question again.   11:35:23

15     Q.   My questions are about what you're seeking   11:35:24

16   for yourself.   11:35:27

17        Is there anything that you're seeking on   11:35:28

18   behalf of the class that's different?   11:35:29

19     A.   No.   11:35:33

20     Q.   So you're not going to seek to have the class   11:35:34

21   compensated -- class members?   11:35:38

22     A.   Well, I think they deserve something if --   11:35:42

23   if -- if they bought the products, at least something   11:35:49

24   towards that.   11:35:52

25     Q.   If they bought the product?   11:35:53

1      A.    Yes.                                              11:35:54

2      Q.    Any time they bought the product, they           11:35:55

3    deserve something.                                       11:35:58

4          Is that your testimony?                            11:35:59

5      A.    Yes.                                              11:36:00

6      Q.    Okay.  Can you explain to the ladies and         11:36:01

7    gentlemen of the jury how you've been injured as a       11:36:06

8    result of your purchase of the products that we've been  11:36:07

9    talking about?                                           11:36:09

10         MR. WESTON:  Objection; asking the witness a       11:36:10

11   question that includes a legal term of art, namely, the  11:36:13

12   word "injury."                                           11:36:17

13         MR. MARRON:  Other than what you heard from        11:36:19

14   your counsel --                                          11:36:22

15         Attorney-client privilege, too; another           11:36:24

16   objection.                                               11:36:27

17         MR. PANOS:  This is a first, guys.  The word       11:36:27

18   "injury" --                                              11:36:29

19     Q.    Do you understand what the word is to be         11:36:30

20   injured?                                                 11:36:32

21         Do you know what it means to be injured?           11:36:33

22     A.    Yes.                                              11:36:34

23     Q.    Okay.  Can you tell me how it is you've been     11:36:35

24   injured as a result of the purchase of products that     11:36:37

25   are at issue in this lawsuit?                            11:36:41

EVANGELINE RED  7/7/2011

| | | |
|---|---|---|
| 1 | BY MR. PANOS: | 11:43:20 |
| 2 | Q.   Okay.   If there are consumers out there who | 11:43:20 |
| 3 | purchased these products because they viewed them as | 11:43:25 |
| 4 | snack food items, an indulgent treat -- | 11:43:28 |
| 5 | A.   Uh-huh. | 11:43:32 |
| 6 | Q.   -- and liked them regardless of their | 11:43:33 |
| 7 | nutritional value or no value in that regard, would | 11:43:35 |
| 8 | that be somebody who would be in your class? | 11:43:39 |
| 9 | MR. WESTON:   Objection; asked and answered | 11:43:42 |
| 10 | about five or ten times so far, calls for a legal | 11:43:43 |
| 11 | conclusion as well. | 11:43:47 |
| 12 | BY MR. PANOS: | 11:43:50 |
| 13 | Q.   Can you answer my question? | 11:43:53 |
| 14 | A.   I forgot the question already. | 11:43:56 |
| 15 | MR. PANOS:   Would you please read back my | 11:43:57 |
| 16 | question. | 11:43:59 |
| 17 | (Record read as follows: | |
| 18 | "QUESTION:   If there are | |
| 19 | consumers out there who purchased these | |
| 20 | products because they viewed them as | |
| 21 | snack food items, an indulgent treat, | |
| 22 | and liked them regardless of their | |
| 23 | nutritional value or no value in that | |
| 24 | regard, would that be somebody who | |
| 25 | would be in your class?") | 11:44:24 |

Merrill  Corporation  -  Los Angeles

800-826-0277                          www.merrillcorp.com/law

| | | |
|---|---|---|
| 1 | be in your class?") | 11:47:07 |
| 2 | THE WITNESS:  Not that one, the other | 11:47:07 |
| 3 | question. | 11:47:09 |
| 4 | BY MR. PANOS: | 11:47:09 |
| 5 | Q.   I'm sorry.  That's not the question you | 11:47:10 |
| 6 | wanted repeated? | 11:47:11 |
| 7 | A.   Before that one. | 11:47:12 |
| 8 | MR. PANOS:  The one before that, please. | 11:47:13 |
| 9 | (Record read as follows: | |
| 10 | "QUESTION:  What if a person who | |
| 11 | buys these products knew all of the | |
| 12 | ingredients that were in them and | |
| 13 | understood the health consequences that | |
| 14 | you say are associated with consuming | |
| 15 | those ingredients?  Would that person | |
| 16 | be part of your class?") | 11:47:36 |
| 17 | THE WITNESS:  No. | 11:47:36 |
| 18 | BY MR. PANOS: | 11:47:38 |
| 19 | Q.   When you purchased these products, for | 11:47:38 |
| 20 | example, Teddy Grahams or the Ritz products or the | 11:47:45 |
| 21 | Premium Saltines, for example, did you -- what type of | 11:47:51 |
| 22 | food product did you consider them to be, if you had to | 11:47:58 |
| 23 | label -- characterize what type of products they are? | 11:48:05 |
| 24 | A.   They're snack products for me.  Anything -- | 11:48:10 |
| 25 | it's just snack -- something to snack on.  And I | 11:48:16 |

EVANGELINE RED   7/7/2011

Page 109

1    thought --                                              11:48:19

2         Q.   Okay.   Did you view them as, like, highly    11:48:20

3    nutritious products, like -- perhaps like a fruit or a  11:48:23

4    vegetable?                                              11:48:27

5         A.   No.                                           11:48:27

6         Q.   So when you purchased them, you didn't view   11:48:27

7    them as being as nutritious as something like a fruit   11:48:29

8    or a vegetable; correct?                                11:48:32

9         A.   Correct.                                      11:48:34

10        Q.   Did you view them as being -- having a        11:48:34

11   similar nutrition profile as a potato chip?             11:48:38

12        A.   No.                                           11:48:45

13        Q.   Okay.   How did you --                        11:48:46

14             When you say "no," what do you mean by that?  11:48:48

15        A.   It's fried.   I assume that most of the potato 11:48:52

16   chips are fried; so they're less -- they're less --     11:48:56

17   they're more unhealthy for the fried, because it's --   11:49:02

18   potato chips is fried.                                  11:49:06

19        Q.   Okay.   So fair to say you viewed the products 11:49:08

20   as being -- at the time you purchased them, as being    11:49:11

21   less nutritious than a natural food item like a fruit   11:49:14

22   or a vegetable but a little bit more nutritious than    11:49:19

23   perhaps a potato chip?                                  11:49:23

24        A.   Yes.                                          11:49:25

25        Q.   Do you know --                                11:49:26

Page 111

| | | |
|---|---|---|
| 1 | Q.    Yeah. | 11:50:53 |
| 2 | What was your content -- what was your | 11:50:54 |
| 3 | concern or what was your problem with the labeling of | 11:50:56 |
| 4 | the Kraft Foods products at the time you filed this | 11:51:04 |
| 5 | lawsuit? | 11:51:05 |
| 6 | A.    I thought it was labeled healthy, and it had | 11:51:07 |
| 7 | the labels were -- I don't know if -- like this | 11:51:14 |
| 8 | product -- | 11:51:20 |
| 9 | Can I show you? | 11:51:20 |
| 10 | Q.    You can take -- yeah. | 11:51:21 |
| 11 | A.    Like all these, sensible solutions, I | 11:51:26 |
| 12 | would -- and whole grain -- | 11:51:31 |
| 13 | Q.    Okay. | 11:51:33 |
| 14 | A.    Every time I would buy that, I would look at | 11:51:34 |
| 15 | those; and I assume that's healthy.  And then, like, | 11:51:37 |
| 16 | Teddy Grahams, it will say calcium, iron to help support | 11:51:43 |
| 17 | kids' growth development.  I already assume that's a | 11:51:48 |
| 18 | healthier product than any products out there, smart | 11:51:51 |
| 19 | choices.  Just in the front of the box, it looks healthy | 11:51:55 |
| 20 | already. | 11:51:59 |
| 21 | Q.    Okay.  Would you agree with me that when you | 11:51:59 |
| 22 | filed this complaint, the thing that you identified as | 11:52:01 |
| 23 | being unhealthful was the fact that it still contained | 11:52:04 |
| 24 | some amounts of trans fat in them; correct? | 11:52:10 |
| 25 | A.    Right. | 11:52:13 |

EVANGELINE RE... 7/7/2011

| | | | |
|---|---|---|---|
| 1 | Q. | Were you eating them -- | 12:51:12 |
| 2 | | Bless you. | 12:51:13 |
| 3 | | Were you eating them at work?  Is that | 12:51:13 |
| 4 | what -- when you said you put it in a little sack -- | | 12:51:15 |
| 5 | A. | Yes. | 12:51:18 |
| 6 | Q. | Okay.  So it was a treat at work? | 12:51:18 |
| 7 | A. | Yes. | 12:51:20 |
| 8 | Q. | And you kind of considered it as sort of an | 12:51:20 |
| 9 | indulgent treat during the middle of the day or | | 12:51:22 |
| 10 | something? | | 12:51:27 |
| 11 | A. | Exactly. | 12:51:27 |
| 12 | Q. | At the time you purchased Teddy Grahams, did | 12:51:33 |
| 13 | you understand that it contained, like, sugar, for | | 12:51:35 |
| 14 | example? | | 12:51:39 |
| 15 | A. | I assumed it had some kind of sugar. | 12:51:39 |
| 16 | Q. | Do you perceive sugar to be a healthful or | 12:51:42 |
| 17 | unhealthful ingredient? | | 12:51:46 |
| 18 | A. | Unhealthful. | 12:51:48 |
| 19 | Q. | You mentioned earlier you don't view | 12:51:49 |
| 20 | chocolate as being very nutritious. | | 12:51:52 |
| 21 | | In fact, I think you said it has no | 12:51:56 |
| 22 | nutrition; is that correct? | | 12:51:58 |
| 23 | A. | Chocolate? | 12:51:59 |
| 24 | Q. | Yeah. | 12:51:59 |
| 25 | A. | It depends what kind of chocolate. | 12:52:00 |

| | | |
|---|---|---|
| 1 | Q.    Okay.  Can you estimate for me approximately | 12:54:12 |
| 2 | how many times a month you bought any of these | 12:54:20 |
| 3 | Teddy Grahams products, including the honey? | 12:54:24 |
| 4 | A.    I don't recall. | 12:54:28 |
| 5 | Q.    You can't recall? | 12:54:30 |
| 6 | A.    Yeah.  Several times a year, but I don't know | 12:54:31 |
| 7 | exactly.  I can't tell you a number. | 12:54:33 |
| 8 | Q.    Okay.  Okay.  Can you identify for me | 12:54:36 |
| 9 | anything on the packaging that you see in front of you | 12:54:43 |
| 10 | that you think is deceptive or gives you some concern. | 12:54:48 |
| 11 | A.    "To help support kids' growth and | 12:54:58 |
| 12 | development," it's a smart choice of food category. | 12:55:00 |
| 13 | That's -- and it says "honey."  To me, honey is | 12:55:07 |
| 14 | healthier than -- it's natural. | 12:55:11 |
| 15 | Q.    Okay.  So let me see.  I want to make sure I | 12:55:14 |
| 16 | get your best testimony and then we can -- | 12:55:20 |
| 17 | A.    Okay. | 12:55:22 |
| 18 | Q.    -- go into it. | 12:55:23 |
| 19 | So the one thing you said was -- that you | 12:55:25 |
| 20 | think was -- | 12:55:28 |
| 21 | In response to my question, you identified | 12:55:31 |
| 22 | "To Help Support Kids' Growth and Development"; | 12:55:33 |
| 23 | correct? | 12:55:37 |
| 24 | A.    Uh-huh. | 12:55:37 |
| 25 | Q.    And you identified the statement in the | 12:55:37 |

```
1    bottom corner, "smart choices"; is that correct?      12:55:40

2         A.    Yes.                                        12:55:42

3         Q.    And you identified the word "honey" as well? 12:55:42

4         A.    Uh-huh.                                     12:55:47

5         Q.    Would you take a look at the next page, which 12:55:50

6    is the -- which purports to be the back panel of the   12:55:54

7    product and one of the other side panels.              12:55:57

8              Is there anything that you see on this side   12:56:02

9    that you think is problematic or deceptive?            12:56:04

10        A.    Same thing.  In the top right, it will say,  12:56:14

11   "Calcium, iron, zinc to help support kids' growth and   12:56:18

12   development."                                           12:56:22

13        Q.    Okay.                                        12:56:23

14        A.    I would choose that because it has that      12:56:23

15   statement on there.                                     12:56:26

16        Q.    Okay.  Anything else?                        12:56:26

17        A.    That's pretty much it.                       12:56:37

18        Q.    Okay.  All right.  Let me ask you this --    12:56:39

19   turn over to the front page.                            12:56:45

20              Is it your testimony that if it didn't       12:56:54

21   say either this box that says "Calcium, iron, zinc to   12:56:58

22   help support kids' growth and development" or "smart    12:57:03

23   choices," you wouldn't have bought the product?         12:57:07

24        A.    Now?                                         12:57:10

25        Q.    At the time you bought it.                   12:57:11
```

1        A.    Oh, at the time I bought it?                      12:57:13

2        Q.    Yeah.                                             12:57:15

3        A.    Yeah.   I would have preferred choosing this     12:57:15

4    if it did not have -- if it -- yeah, if it did not have    12:57:23

5    it.                                                         12:57:27

6        Q.    Okay.   Well, let me -- I want to try to be as    12:57:28

7    precise as I can be.                                        12:57:31

8        A.    Okay.                                             12:57:34

9        Q.    And I'll ask you to do the best that you can     12:57:34

10   as well on this.                                            12:57:38

11            When you purchased Teddy Grahams, do you          12:57:39

12   believe you purchased them because it said "A good          12:57:41

13   source of calcium, iron and zinc to help support kids'     12:57:45

14   growth and development"?                                    12:57:49

15       A.    No, not really.                                  12:57:50

16       Q.    Okay.   How about "smart choices"?   Same         12:57:50

17   question.                                                   12:57:52

18       A.    Smart choices, yes.                              12:57:52

19       Q.    You think you bought it just because it said     12:57:54

20   "smart choices"?                                            12:57:57

21       A.    Yeah.   Other people said smart choices           12:57:58

22   category would be better alternative.                       12:58:01

23       Q.    Who said that?                                    12:58:03

24       A.    People, friends.                                 12:58:04

25       Q.    Okay.   So you were looking to buy products      12:58:06

EVANGELINE REED  7/7/2011

Page 141

| | | |
|---|---|---|
| 1 | that contained smart choices? | 12:58:09 |
| 2 | A.    Yeah, healthier. | 12:58:11 |
| 3 | Q.    Do you know when smart choices was put on the | 12:58:16 |
| 4 | label of the product? | 12:58:19 |
| 5 | A.    No. | 12:58:20 |
| 6 | Q.    If it is shown that smart choices was only on | 12:58:22 |
| 7 | this product for approximately one year, would that | 12:58:26 |
| 8 | indicate to you that you probably bought the product | 12:58:28 |
| 9 | before that was ever indicated on the packaging? | 12:58:31 |
| 10 | MR. WESTON:  Objection; hypothetical.  It's | 12:58:34 |
| 11 | incomplete. | 12:58:37 |
| 12 | THE WITNESS:  Can you repeat it again? | 12:58:41 |
| 13 | BY MR. PANOS: | 12:58:43 |
| 14 | Q.    Well, can you -- if it is shown that the | 12:58:43 |
| 15 | product packaging only contained that smart choice logo | 12:58:48 |
| 16 | for less than a year -- and you've testified that you | 12:58:51 |
| 17 | were purchasing this product going back to the mid | 12:58:56 |
| 18 | '90s -- would that indicate to you that you probably | 12:58:59 |
| 19 | purchased the product without any reliance on the smart | 12:59:00 |
| 20 | choice program designation? | 12:59:04 |
| 21 | MR. WESTON:  Objection; hypothetical.  It's | 12:59:06 |
| 22 | incomplete.  And also objection to the term "reliance" | 12:59:09 |
| 23 | as ambiguous between its legal and its common meaning. | 12:59:12 |
| 24 | THE WITNESS:  I really don't know if I would | 12:59:17 |
| 25 | have. | 12:59:18 |

| | | |
|---|---|---|
| 1 | A.   I don't know. | 13:15:35 |
| 2 | Q.   When you bought Teddy Grahams, do you know | 13:15:41 |
| 3 | approximately how much you paid per box for those? | 13:15:46 |
| 4 | A.   I don't recall. | 13:15:49 |
| 5 | Q.   Okay.  Do you think you should have paid less | 13:15:50 |
| 6 | for the product? | 13:15:58 |
| 7 | A.   I don't know. | 13:15:58 |
| 8 | Q.   Okay.  All right.  Let's switch gears here. | 13:15:59 |
| 9 | You can put that away. | 13:16:09 |
| 10 | Do you know what Honey Maid Grahams are? | 13:16:17 |
| 11 | A.   Uh-huh. | 13:16:21 |
| 12 | Q.   Sorry.  I didn't mean to interrupt your | 13:16:22 |
| 13 | drink. | 13:16:25 |
| 14 | Do you know what Honey Maid Grahams are? | 13:16:25 |
| 15 | A.   Yeah. | 13:16:27 |
| 16 | Q.   All right.  If I have my recollection wrong | 13:16:27 |
| 17 | of your prior testimony, please correct me. | 13:16:29 |
| 18 | I thought you said that was a product you | 13:16:32 |
| 19 | didn't buy as much of as perhaps Teddy Grahams; | 13:16:34 |
| 20 | correct? | |
| 21 | A.   Yes. | 13:16:38 |
| 22 | Q.   Was that one of the products you said you | 13:16:38 |
| 23 | purchased rarely? | 13:16:41 |
| 24 | A.   Yes.  It would be -- sorry. | 13:16:42 |
| 25 | Q.   Just a few times? | 13:16:43 |

EVANGELINE RED   7/7/2011

Page 157

| | | |
|---|---|---|
| 1 | A. | If my mom would ask me -- if she's going to | 13:16:45 |
| 2 | | make something like S'mores or something. | 13:16:48 |
| 3 | Q. | S'mores? | 13:16:51 |
| 4 | A. | Yes. | 13:16:52 |
| 5 | Q. | S'mores is a treat that -- | 13:16:52 |
| 6 | A. | Yes. | 13:16:55 |
| 7 | Q. | -- that included what products? | 13:16:55 |
| 8 | A. | Honey Graham -- Honey Maid crackers. | 13:16:58 |
| 9 | Q. | And what else? | 13:17:02 |
| 10 | A. | And marshmallow, chocolate. | 13:17:03 |
| 11 | Q. | Like a Hershey's chocolate bar; right? | 13:17:08 |
| 12 | A. | Yes. | 13:17:13 |
| 13 | Q. | You didn't perceive those to be highly | 13:17:13 |
| 14 | | nutritious treats, did you? | 13:17:15 |
| 15 | A. | No. | 13:17:17 |
| 16 | Q. | So sometimes your mom had you purchase | 13:17:17 |
| 17 | | Honey Maid Grahams for the purpose of maybe giving | 13:17:21 |
| 18 | | S'mores to her grandchildren or friends? | 13:17:24 |
| 19 | A. | Yes. | 13:17:26 |
| 20 | Q. | But -- | 13:17:27 |
| 21 | A. | Oh. | 13:17:28 |
| 22 | Q. | I'm sorry. | 13:17:28 |
| 23 | A. | Like a party, she says to buy something | 13:17:29 |
| 24 | | and -- I don't know.  I just don't remember how many | 13:17:32 |
| 25 | | times or -- | 13:17:36 |

EVANGELINE REED  7/7/2011

| | | |
|---|---|---|
| 1 | Q.   Okay.   Now, the Honey Maid Grahams product -- | 13:17:36 |
| 2 | when you said you bought it rarely, is there any way | 13:17:40 |
| 3 | you can estimate whether when you said "rarely," you | 13:17:43 |
| 4 | bought it five times over the last ten years?  Less | 13:17:46 |
| 5 | than five times? | 13:17:49 |
| 6 | A.   Maybe once a year -- probably once a year. | 13:17:54 |
| 7 | Q.   And the purpose you bought them was at your | 13:17:56 |
| 8 | mother's request, not for yourself? | 13:17:59 |
| 9 | A.   Yeah.  I don't really buy that. | 13:18:01 |
| 10 | Q.   So Honey Maid Grahams is not something you | 13:18:03 |
| 11 | regularly consume? | 13:18:07 |
| 12 | A.   Yeah.  No. | 13:18:08 |
| 13 | Q.   Just let me show you what we'll have marked | 13:18:09 |
| 14 | as Exhibit 7. | 13:18:16 |
| 15 | THE REPORTER:  Six. | 13:18:20 |
| 16 | MR. PANOS:  Oh, I'm sorry.  Six. | 13:18:22 |
| 17 | Q.   I'll hand it to your counsel as well, a copy, | 13:18:23 |
| 18 | so that they can follow along. | 13:18:29 |
| 19 | MR. WESTON:  We're going to take a break for | 13:18:40 |
| 20 | about five or eight minutes. | 13:18:42 |
| 21 | MR. PANOS:  Can I finish this, or no? | 13:18:43 |
| 22 | MR. WESTON:  Well, you're not in the middle | 13:18:45 |
| 23 | of a question now; so I think this is a good time to do | 13:18:47 |
| 24 | it. | 13:18:50 |
| 25 | MR. PANOS:  Well, she just handed her an | 13:18:50 |

| | | | |
|---|---|---|---|
| 1 | Q. | What do you recall -- | 13:29:44 |
| 2 | | Can you describe the taste in any way? | 13:29:46 |
| 3 | A. | It's a little bit sweet, like with the honey | 13:29:48 |
| 4 | on there, cracker tasting -- regular cracker with honey. | | 13:29:51 |
| 5 | Q. | Kind of -- | 13:29:54 |
| 6 | A. | Wheat type of cracker. | 13:29:55 |
| 7 | Q. | Does it have a graham taste to it? | 13:29:58 |
| 8 | A. | Yes. | 13:30:02 |
| 9 | Q. | These were purchased by you not for yourself, | 13:30:03 |
| 10 | but you said for your mother, usually when she was | | 13:30:17 |
| 11 | either making, like -- for example, like a pie crust or | | 13:30:20 |
| 12 | something like that -- | | 13:30:23 |
| 13 | A. | Yes. | 13:30:25 |
| 14 | Q. | -- or as a treat for S'mores? | 13:30:25 |
| 15 | A. | Treat -- some kind of treat. | 13:30:31 |
| 16 | Q. | Do you know what aisle of the grocery store | 13:30:33 |
| 17 | you bought these products on? | | 13:30:36 |
| 18 | A. | Crackers. | 13:30:38 |
| 19 | Q. | Cracker section?  Cookie section? | 13:30:39 |
| 20 | A. | Cookie, cracker -- I'm not sure exactly. | 13:30:42 |
| 21 | Q. | Fair to say that you understood that it was a | 13:30:44 |
| 22 | cookie- or cracker-type product when you bought it? | | 13:30:47 |
| 23 | A. | Yes. | 13:30:50 |
| 24 | Q. | You mentioned it has a honey taste to it; is | 13:30:56 |
| 25 | that correct? | | 13:30:59 |

EVANGELINE RED - 7/7/2011

Page 161

| | | | |
|---|---|---|---|
| 1 | A. | A sweet taste, yes. | 13:30:59 |
| 2 | Q. | Do you purchase any other products because of | 13:31:06 |
| 3 | | a honey-type taste? | 13:31:09 |
| 4 | | Is that a taste you enjoy? | 13:31:12 |
| 5 | A. | No. | 13:31:14 |
| 6 | Q. | Do you purchase honey for health reasons? | 13:31:15 |
| 7 | A. | Better alternative than sugar. | 13:31:20 |
| 8 | Q. | Why do you say that? | 13:31:24 |
| 9 | A. | It's natural. | 13:31:25 |
| 10 | Q. | Is sugar natural? | 13:31:26 |
| 11 | A. | No. | 13:31:28 |
| 12 | Q. | None of it? | 13:31:29 |
| 13 | A. | Some of them is natural, but it's -- this | 13:31:30 |
| 14 | | is honey.  Honey is natural. | 13:31:34 |
| 15 | Q. | Do you naturally -- | 13:31:36 |
| 16 | | Do you buy honey to put on products because | 13:31:38 |
| 17 | | you perceive it to be nutritious? | 13:31:41 |
| 18 | A. | I would sometimes put it on tea. | 13:31:43 |
| 19 | Q. | Sometimes? | 13:31:46 |
| 20 | A. | Uh-huh. | 13:31:47 |
| 21 | Q. | What honey do you buy when you buy honey? | 13:31:47 |
| 22 | A. | It doesn't matter.  Any type of honey. | 13:31:50 |
| 23 | Q. | Okay.  Do you know what makes honey more | 13:31:53 |
| 24 | | nutritious in your mind than other sweeteners? | 13:31:57 |
| 25 | A. | No. | 13:32:01 |

EVANGELINE RED - 7/7/2011

Page 162

```
 1          Q.    You don't know what -- what the feature is          13:32:01
 2    about it that makes it more nutritious in your opinion?         13:32:04
 3          A.    No.                                                  13:32:08
 4          Q.    Okay.  Does it have calories?                        13:32:08
 5          A.    Yes.                                                 13:32:13
 6          Q.    Okay.  Does it have sugar?  Is there a               13:32:14
 7    natural sugar in honey?                                          13:32:17
 8          A.    It's some type of natural sweetening.  I             13:32:19
 9    don't know.  I'm not sure.                                       13:32:22
10          Q.    Okay.  You -- do you know what unbleached            13:32:23
11    enriched flour is?                                               13:32:34
12          A.    No.                                                  13:32:36
13          Q.    Do you know what white flour is?                     13:32:37
14          A.    Yes.                                                 13:32:39
15          Q.    What is white flour?                                 13:32:39
16          A.    White -- it's like white bread, white -- I          13:32:43
17    don't -- I can't really -- I'm not a person who could           13:32:51
18    tell you that.  I don't know.                                    13:32:54
19          Q.    Do you know what wheat flour is?                     13:32:56
20          A.    Yes.                                                 13:32:59
21          Q.    What is wheat flour?                                 13:33:00
22          A.    It's a healthier part of -- it's healthier.         13:33:02
23          Q.    Okay.  Why is it -- what makes it healthier,        13:33:06
24    in your opinion?                                                 13:33:09
25          A.    It's a grain and whole wheat -- I can't             13:33:11
```

EVANGELINE RED - 7/7/2011

Page 163

```
 1    explain it.                                                    13:33:17

 2         Q.   Okay.  So you perceive there to be a                 13:33:18

 3    difference between white flour and wheat flour?                13:33:21

 4         A.   Yes.                                                 13:33:24

 5         Q.   Okay.  Do you perceive white flour to be             13:33:25

 6    unhealthy or nonnutritious?                                    13:33:27

 7         A.   Not nonnutritious, but it's -- wheat -- wheat        13:33:31

 8    is more healthier than white; so --                           13:33:39

 9         Q.   Okay.  Do you attempt to purchase products --        13:33:43

10              Do you attempt to avoid purchasing products         13:33:47

11    that contain white flour?                                     13:33:51

12         A.   I don't avoid it, but I -- I would choose the       13:33:54

13    wheat products.                                               13:33:59

14         Q.   If you had a choice?                                13:34:00

15         A.   Yes.                                                13:34:01

16         Q.   Do you know what graham flour is?                   13:34:05

17              THE REPORTER:   "Bran"?                             13:34:12

18              MR. PANOS:   Graham.  I'm sorry.                    13:34:13

19              THE WITNESS:   Not necessarily.  I don't know.     13:34:15

20    BY MR. PANOS:                                                 13:34:18

21         Q.   Can you take a look at -- in Exhibit 6 -- and       13:34:20

22    I recognize that you indicated you very rarely bought         13:34:24

23    this product.                                                 13:34:27

24              But if you would, take a look and tell me           13:34:28

25    what, in your opinion, made this -- is deceptive in the       13:34:35
```

EVANGELINE RED - 7/7/2011

| | | | |
|---|---|---|---|
| 1 | | packaging.  If you can, identify those things for me. | 13:34:43 |
| 2 | | A.   I'm sorry? | 13:34:49 |
| 3 | | Q.   Let me start over. | 13:34:50 |
| 4 | | Is there anything on the packaging you find | 13:34:51 |
| 5 | | to be deceptive to you? | 13:34:54 |
| 6 | | A.   It says, "Whole grain, 5 grams, honey, | 13:34:56 |
| 7 | | sensible solution, low saturated fat, no cholesterol." | 13:35:02 |
| 8 | | Q.   Okay. | 13:35:07 |
| 9 | | A.   Those make me want to buy the product than | 13:35:07 |
| 10 | | other alternatives. | 13:35:11 |
| 11 | | Q.   Let's first start with what you just said. | 13:35:14 |
| 12 | | Since you never bought this product for | 13:35:17 |
| 13 | | yourself, is it fair to say you didn't rely on these | 13:35:19 |
| 14 | | statements when you purchased the product? | 13:35:22 |
| 15 | | MR. WESTON:  Objection; mischaracterizes the | 13:35:24 |
| 16 | | witness's prior testimony.  And "reliance" is ambiguous | 13:35:25 |
| 17 | | between the legal and the common sense. | 13:35:32 |
| 18 | | BY MR. PANOS: | 13:35:40 |
| 19 | | Q.   Can you answer that? | 13:35:40 |
| 20 | | A.   Can you rephrase that again? | 13:35:42 |
| 21 | | Q.   You testified earlier that the only time that | 13:35:44 |
| 22 | | you bought this product was at your mother's request; | 13:35:47 |
| 23 | | correct? | |
| 24 | | A.   Yes. | 13:35:50 |
| 25 | | Q.   And you bought it at your mother's request | 13:35:50 |

EVANGELINE RED - 7/7/2011

Page 165

| | | |
|---|---|---|
| 1 | because you said she was using the Honey Maid Grahams | 13:35:52 |
| 2 | to make treats like pies and S'mores; correct? | 13:35:57 |
| 3 |     A.   Yes. | 13:36:01 |
| 4 |     Q.   So it's fair to say, if you're going to | 13:36:01 |
| 5 | include these products with a pie or with S'mores, you | 13:36:05 |
| 6 | weren't looking to buy them for their nutritional | 13:36:09 |
| 7 | value. | 13:36:13 |
| 8 |         Is that a fair statement? | 13:36:13 |
| 9 |         MR. WESTON:  Objection; argumentative. | 13:36:14 |
| 10 |         THE WITNESS:  Yes. | 13:36:18 |
| 11 | BY MR. PANOS: | 13:36:18 |
| 12 |     Q.   Okay.  You mentioned a couple of things that | 13:36:19 |
| 13 | you said might be deceptive, that it contains 5 grams | 13:36:24 |
| 14 | of whole grain. | 13:36:30 |
| 15 |         Is it your opinion that the product doesn't | 13:36:31 |
| 16 | contain 5 grams of whole grain per serving? | 13:36:33 |
| 17 |     A.   When I see that phrase, it feels like it's | 13:36:37 |
| 18 | healthy -- a healthier product.  I don't know if -- | 13:36:39 |
| 19 |     Q.   Okay.  What makes it -- what makes the | 13:36:49 |
| 20 | product -- | 13:36:55 |
| 21 |         Well, let me first ask you this. | 13:36:57 |
| 22 |         Is 5 grams of whole grain better than not | 13:36:58 |
| 23 | having any whole grain -- | 13:37:02 |
| 24 |     A.   Yes. | 13:37:04 |
| 25 |     Q.   -- in your opinion? | 13:37:04 |

EVANGELINE REED 7/7/2011

1    This would also be one of the products that          13:42:24

2    you rarely purchased, if ever; is that correct?      13:42:26

3       A.   Yes.                                          13:42:29

4       Q.   Do you know if you purchased the low fat      13:42:29

5    version versus the regular one at the times you bought  13:42:34

6    it for your mother, or you can't recall?              13:42:36

7       A.   I don't remember.                             13:42:38

8       Q.   The same -- if you look at the box, the same  13:42:38

9    things that you described as indicating to you that the  13:42:40

10   product was healthy, that being the indication of whole  13:42:43

11   grains and sensible solution indication -- same thing  13:42:46

12   as it relates to this package as the Honey Maid regular  13:42:48

13   one that you just testified to?                       13:42:51

14      A.   Yes.                                          13:42:53

15      Q.   Okay.  Is there anything else about this      13:42:54

16   package --                                            13:42:58

17      A.   No.                                           13:42:59

18      Q.   No?  Okay.                                    13:42:59

19      A.   Sorry.                                        13:43:00

20      Q.   I meant to say, is there anything else about  13:43:01

21   this package that you find to be potentially           13:43:04

22   problematic or deceptive?                             13:43:07

23           And your answer is?                           13:43:10

24      A.   No.                                           13:43:11

25      Q.   Do you recall any print advertisement as it   13:43:12

EVANGELINE RED - 7/7/2011

Page 172

| | | |
|---|---|---|
| 1 | A.   Yes. | 13:45:24 |
| 2 | Q.   All right.  You can put that aside. | 13:45:24 |
| 3 | We talked earlier a little bit about | 13:45:27 |
| 4 | Ritz Crackers. | 13:45:30 |
| 5 | Can you describe for me what a Ritz Cracker | 13:45:30 |
| 6 | is, if you can? | 13:45:33 |
| 7 | A.   It's a cracker. | 13:45:37 |
| 8 | Q.   Okay.  What aisle in the grocery store did | 13:45:38 |
| 9 | you buy Ritz Crackers? | 13:45:42 |
| 10 | A.   It would be either in the cookie or snacks | 13:45:44 |
| 11 | area. | 13:45:47 |
| 12 | Q.   The area where you found the products to be | 13:45:48 |
| 13 | the least nutritious; correct? | 13:45:50 |
| 14 | A.   Yes. | 13:45:52 |
| 15 | Q.   Why did you buy Ritz Crackers?  Were they for | 13:45:52 |
| 16 | your consumption, or was this for others? | 13:45:56 |
| 17 | A.   For me. | 13:45:58 |
| 18 | Q.   For you. | 13:45:59 |
| 19 | Was there one brand that you bought more than | 13:46:00 |
| 20 | the others? | 13:46:04 |
| 21 | There's, like, the original brand. | 13:46:05 |
| 22 | A.   I think there's a whole wheat type of | 13:46:07 |
| 23 | cracker, Ritz. | 13:46:10 |
| 24 | Q.   So you bought -- you think you bought the | 13:46:11 |
| 25 | Ritz Whole Wheat one? | 13:46:13 |

EVANGELINE REED  7/7/2011

Page 173

| | | |
|---|---|---|
| 1 | A.   Yes, and the low sodium type. | 13:46:15 |
| 2 | Q.   Okay.   There's one that was called "low | 13:46:18 |
| 3 | sodium" that's now called "hint of salt." | 13:46:22 |
| 4 | A.   Oh. | 13:46:25 |
| 5 | Q.   Does that refresh your recollection whether | 13:46:25 |
| 6 | you bought that product as well? | 13:46:27 |
| 7 | A.   Hint of salt, I think -- I don't recall.   I | 13:46:29 |
| 8 | don't recall if -- | 13:46:32 |
| 9 | Q.   Did you buy one that's called "Ritz Crackers | 13:46:32 |
| 10 | Roasted Vegetable"? | 13:46:37 |
| 11 | A.   Yes. | 13:46:37 |
| 12 | Q.   Did you buy one that's called "Ritz Crackers | 13:46:37 |
| 13 | Reduced Fat"? | 13:46:41 |
| 14 | A.   Yes, reduced fat, too. | 13:46:41 |
| 15 | Q.   I will tell you that your complaint | 13:46:43 |
| 16 | identifies Ritz Roasted Vegetable, Ritz Hint of Salt, | 13:46:44 |
| 17 | Ritz Reduced Fat and Ritz Whole Wheat. | 13:46:52 |
| 18 | Did you purchase all of those products since | 13:46:54 |
| 19 | 19- -- since 2000? | 13:46:56 |
| 20 | A.   Yes. | 13:46:58 |
| 21 | Q.   Every single one of them? | 13:46:58 |
| 22 | A.   I don't know how many, but I recall | 13:47:00 |
| 23 | purchasing those products. | 13:47:03 |
| 24 | Q.   Okay.   Beginning in 2000; is that correct? | 13:47:05 |
| 25 | A.   Yes, even before. | 13:47:08 |

EVANGELINE RED   7/7/2011

| | | |
|---|---|---|
| 1 | your mind -- you know, this version versus ones that | 13:50:34 |
| 2 | you bought in the past. | 13:50:39 |
| 3 | A.   I don't remember. | 13:50:40 |
| 4 | Q.   Okay.  Fair enough.  Fair enough. | 13:50:41 |
| 5 | A.   Okay. | 13:50:43 |
| 6 | Q.   What do you find to be deceptive about this | 13:50:43 |
| 7 | product that you're complaining about? | 13:50:52 |
| 8 | A.   Well, this one shows vegetables on there, and | 13:50:53 |
| 9 | it says "real vegetables"; so I assume there's real | 13:50:58 |
| 10 | vegetables on the Ritz Cracker itself. | 13:51:02 |
| 11 | Q.   Okay.  Do you know whether, in fact, the | 13:51:06 |
| 12 | product is made with real vegetables or not? | 13:51:08 |
| 13 | A.   No. | 13:51:10 |
| 14 | Q.   You don't know? | 13:51:11 |
| 15 | A.   No. | 13:51:13 |
| 16 | Q.   "No," there aren't any real vegetables in | 13:51:14 |
| 17 | there; or, "no," you don't know? | 13:51:18 |
| 18 | A.   I don't know. | 13:51:20 |
| 19 | Q.   Is there a way you think you could determine | 13:51:20 |
| 20 | that if you read the ingredient label? | 13:51:23 |
| 21 | A.   Yes. | 13:51:25 |
| 22 | Q.   Okay.  And you never bothered to do that? | 13:51:25 |
| 23 | A.   No. | 13:51:27 |
| 24 | Q.   Okay.  Now, what did you think when you | 13:51:28 |
| 25 | purchased the product in terms of the vegetable | 13:51:31 |

EVANGELINE RED -- 7/7/2011

Page 181

| | | |
|---|---|---|
| 1 | BY MR. PANOS: | 13:59:26 |
| 2 | Q.   I'll ask you that question later. | 13:59:28 |
| 3 | Let me show you No. 9. | 13:59:31 |
| 4 | (Whereupon, Defendant's Exhibit 9 was | |
| 5 | marked for identification.) | 14:00:01 |
| 6 | BY MR. PANOS: | 14:00:01 |
| 7 | Q.   Do you recognize what Exhibit 9 purports to | 14:00:11 |
| 8 | be? | 14:00:16 |
| 9 | A.   Yes. | 14:00:16 |
| 10 | Q.   What is it? | 14:00:19 |
| 11 | A.   It's a Ritz Cracker Whole Wheat. | 14:00:21 |
| 12 | Q.   Does this appear to be a copy of the type of | 14:00:24 |
| 13 | product of Ritz Whole Wheat cracker that you've | 14:00:26 |
| 14 | purchased in the past? | 14:00:31 |
| 15 | A.   Yes. | 14:00:33 |
| 16 | Q.   Okay.  Can you tell me what about this | 14:00:34 |
| 17 | packaging, if anything, that you find to be deceptive? | 14:00:43 |
| 18 | And you can take a look at the front or the | 14:00:53 |
| 19 | back of it, whatever you need to do to answer the | 14:00:55 |
| 20 | question, please. | 14:00:57 |
| 21 | A.   Just looks -- whole wheat -- it looks more -- | 14:01:06 |
| 22 | I don't know.  This package looks a little bit more | 14:01:11 |
| 23 | healthier than -- | 14:01:14 |
| 24 | Q.   I'm sorry.  The package looks more healthier | 14:01:20 |
| 25 | than what? | 14:01:23 |

| | | |
|---|---|---|
| 1 | A.   This looks health -- looks like a healthy | 14:01:23 |
| 2 | Ritz Cracker over any other product, because it says | 14:01:27 |
| 3 | "whole wheat." | 14:01:29 |
| 4 | Is that your question? | 14:01:30 |
| 5 | Q.   I think so, yeah. | 14:01:31 |
| 6 | A.   Okay, yeah. | 14:01:32 |
| 7 | Q.   Okay.  So it looks like a healthier product | 14:01:33 |
| 8 | because -- | 14:01:37 |
| 9 | A.   It says "whole wheat." | 14:01:37 |
| 10 | Q.   Because it says it's made with -- | 14:01:39 |
| 11 | A.   Whole -- | 14:01:40 |
| 12 | Q.   -- whole wheat? | 14:01:42 |
| 13 | A.   Yeah. | 14:01:43 |
| 14 | Q.   Okay.  Does it indicate to you how many grams | 14:01:43 |
| 15 | of whole grain are in the product per serving? | 14:01:46 |
| 16 | A.   Yes, it does. | 14:01:49 |
| 17 | Q.   And what does it say? | 14:01:50 |
| 18 | A.   Five whole grain. | 14:01:51 |
| 19 | Q.   5 grams of whole grain -- | 14:01:53 |
| 20 | A.   Yes. | 14:01:55 |
| 21 | Q.   -- per serving? | 14:01:55 |
| 22 | A.   Yes. | 14:01:56 |
| 23 | Q.   Okay.  Is that a -- in your opinion a good | 14:01:57 |
| 24 | thing or a bad thing, that it contains 5 grams of whole | 14:02:00 |
| 25 | grain? | 14:02:04 |

EVANGELINE RED - 7/7/2011

Page 185

| | | |
|---|---|---|
| 1 | MR. WESTON:  Objection; argumentative. | 14:04:45 |
| 2 | THE WITNESS:  Yes. | 14:04:49 |
| 3 | BY MR. PANOS: | 14:04:50 |
| 4 | Q.   Okay.  Now you understood, did you not, that | 14:04:50 |
| 5 | there was a Ritz original cracker that doesn't contain | 14:04:54 |
| 6 | whole wheat; correct? | 14:05:00 |
| 7 | A.   Yes. | 14:05:04 |
| 8 | Q.   Okay.  So you chose to buy the one that at | 14:05:04 |
| 9 | least had some amount of whole grains versus the | 14:05:09 |
| 10 | original brand, which doesn't have any whole grains; is | 14:05:11 |
| 11 | that correct? | 14:05:16 |
| 12 | A.   Yes. | 14:05:16 |
| 13 | Q.   Okay.  Now, you mentioned to me the fact that | 14:05:16 |
| 14 | you thought that the product looked healthy because it | 14:05:19 |
| 15 | mentioned the fact that it contains whole wheat. | 14:05:22 |
| 16 | Is there anything else about the packaging of | 14:05:25 |
| 17 | the product that you think indicates that the product | 14:05:27 |
| 18 | is healthy or -- | 14:05:29 |
| 19 | A.   It also has the sensible solution on there, | 14:05:30 |
| 20 | no cholesterol, no saturated fat and 5 whole grains per | 14:05:34 |
| 21 | serving. | 14:05:38 |
| 22 | Q.   So tell me why -- what is Kraft saying to | 14:05:39 |
| 23 | you -- | 14:05:45 |
| 24 | What do you think Kraft means when it says | 14:05:46 |
| 25 | it's a sensible solution? | 14:05:48 |

1        What is Kraft -- why is Kraft saying on the                    14:05:50

2   packaging that it's a sensible solution?                           14:05:52

3        A.   It's a healthier selection than -- I don't               14:05:58

4   know what else.                                                    14:06:04

5        Q.   Well, what are -- what are the features of               14:06:04

6   the product that they indicate makes it a sensible                 14:06:07

7   solution?                                                          14:06:11

8        A.   No cholesterol.                                          14:06:15

9        Q.   What else?                                               14:06:17

10       A.   Low saturated fat and 5 grams whole grain per            14:06:18

11  serving.                                                           14:06:22

12       Q.   Okay.  Does that make it a sensible solution,            14:06:23

13  in your opinion?                                                   14:06:26

14       A.   Yes.                                                     14:06:27

15       Q.   Did you rely on the sensible solutions -- I'm            14:06:37

16  going to call it a "flag" for lack of a better word --            14:06:42

17  at the time you purchased the product?                             14:06:44

18       A.   I don't remember.                                        14:06:48

19       Q.   Okay.  Would you have paid less for this                 14:06:50

20  product if it didn't contain the sensible solution                14:07:04

21  flag?                                                              14:07:07

22           MR. WESTON:  Objection; hypothetical.                     14:07:07

23           THE WITNESS:  No.                                         14:07:13

24  BY MR. PANOS:                                                      14:07:14

25       Q.   Let me show you -- I think we're on 10.                  14:07:21

EVANGELINE RED — 7/7/2011

Page 188

| | | |
|---|---|---|
| 1 | product? | 14:08:59 |
| 2 | A.   It looks -- yes. | 14:08:59 |
| 3 | Q.   Okay.  Do you know whether that statement is | 14:09:01 |
| 4 | true or not true? | 14:09:03 |
| 5 | A.   It's true. | 14:09:06 |
| 6 | Q.   Okay.  Is there anything else about the | 14:09:07 |
| 7 | package that you see that made you want to purchase the | 14:09:09 |
| 8 | product? | 14:09:12 |
| 9 | A.   It has the statement "sensible solution, no | 14:09:12 |
| 10 | cholesterol, low saturated fat." | 14:09:15 |
| 11 | Q.   Is it sensible to have a snack product that | 14:09:17 |
| 12 | has no cholesterol and low saturated fat, in your | 14:09:21 |
| 13 | opinion? | 14:09:25 |
| 14 | A.   Yes. | 14:09:26 |
| 15 | Q.   Okay.  And others might disagree with you. | 14:09:26 |
| 16 | Some might think that it's not sensible; correct? | 14:09:29 |
| 17 | A.   Yes. | 14:09:33 |
| 18 | Q.   Okay.  Now, I'll represent to you that the | 14:09:33 |
| 19 | sensible solutions flag wasn't even on the product back | 14:09:36 |
| 20 | in the '90s or early 2000s and mid 2000 when you bought | 14:09:40 |
| 21 | the product. | 14:09:44 |
| 22 | So I assume you'll agree that that had | 14:09:45 |
| 23 | nothing to do with your decision to purchase the | 14:09:48 |
| 24 | product back then? | 14:09:51 |
| 25 | A.   Back in the earlier years? | 14:09:52 |

EVANGELINE RED - 7/7/2011

Page 189

| | | | |
|---|---|---|---|
| 1 | Q. | Yeah. | 14:09:54 |
| 2 | A. | Yes. | 14:09:55 |
| 3 | Q. | Let me show you the last version called "Ritz | 14:10:17 |
| 4 | Hint of Salt," and we'll mark this one as Exhibit 11. | | 14:10:24 |
| 5 | | (Whereupon, Defendant's Exhibit 11 was | 14:10:27 |
| 6 | | marked for identification.) | 14:10:40 |
| 7 | BY MR. PANOS: | | 14:10:40 |
| 8 | Q. | Do you recognize what Exhibit 11 purports to | 14:10:41 |
| 9 | be? | | 14:10:45 |
| 10 | A. | Yes. | 14:10:45 |
| 11 | Q. | What is it? | 14:10:46 |
| 12 | A. | It says "Ritz Cracker Hint of Salt." | 14:10:47 |
| 13 | Q. | Okay.  Does this appear to be a product that | 14:10:50 |
| 14 | you've purchased in the past? | | 14:10:52 |
| 15 | A. | Hint of salt -- not really the hint of salt. | 14:10:58 |
| 16 | I've never really seen the hint of salt. | | 14:11:02 |
| 17 | Q. | Okay.  So you don't ever recall purchasing | 14:11:04 |
| 18 | this product? | | 14:11:07 |
| 19 | A. | Not the hint of salt. | 14:11:07 |
| 20 | Q. | Which product do you recall purchasing? | 14:11:09 |
| 21 | A. | I recall the other, Ritz Cracker Reduced Fat. | 14:11:12 |
| 22 | Q. | Okay. | 14:11:16 |
| 23 | A. | And -- | 14:11:16 |
| 24 | Q. | And the whole wheat? | 14:11:18 |
| 25 | A. | Yes, whole wheat. | 14:11:19 |

EVANGELINE RED - 7/7/2011

Page 190

| | | |
|---|---|---|
| 1 | Q. | And the roasted vegetables? | 14:11:20 |
| 2 | A. | Roasted vegetables. | 14:11:23 |
| 3 | | I don't recall this hint of -- | 14:11:25 |
| 4 | Q. | Okay. | 14:11:26 |
| 5 | A. | Is this a newer one?  Is this -- maybe -- | 14:11:33 |
| 6 | Q. | All right.  Are you familiar with a product | 14:11:38 |
| 7 | known as Vegetable Thins? | 14:11:43 |
| 8 | A. | Yes. | 14:11:45 |
| 9 | Q. | What is that product, if you recall? | 14:11:52 |
| 10 | A. | A cracker, snack substance. | 14:11:55 |
| 11 | Q. | Is it a cracker?  Is it a cookie? | 14:12:06 |
| 12 | A. | It's a cracker. | 14:12:09 |
| 13 | Q. | It's a cracker. | 14:12:10 |
| 14 | | Do you know what it tastes like? | 14:12:12 |
| 15 | A. | Yes. | 14:12:18 |
| 16 | Q. | What's it taste like? | 14:12:21 |
| 17 | A. | It tastes like crackers with seasoning of | 14:12:24 |
| 18 | vegetables -- some type of vegetables. | 14:12:29 |
| 19 | Q. | Okay.  Kind of like an union, tomato, roasted | 14:12:31 |
| 20 | bell peppery type taste? | 14:12:35 |
| 21 | A. | Exactly. | 14:12:37 |
| 22 | Q. | Why did you buy Vegetable Thins?  For what | 14:12:39 |
| 23 | purpose? | 14:12:47 |
| 24 | A. | To snack on, because it looks like the | 14:12:47 |
| 25 | healthiest option there. | 14:12:50 |

EVANGELINE RED  7/7/2011

1        Q.    The healthiest option where?   I'm sorry.          14:12:54

2        A.    In the snack area with these other options.      14:12:57

3        Q.    So you thought that the Vegetable Thins was a     14:12:59

4    healthier choice as compared to what?                      14:13:05

5        A.    Oreo, chocolate chips -- especially when it       14:13:08

6    says "vegetable," I'm, like, assuming -- I mean, it         14:13:11

7    looks healthy already, vegetables.                          14:13:14

8        Q.    Okay.  But you purchased them knowing that it     14:13:17

9    was not a healthy product -- isn't that correct? -- as      14:13:19

10   you already testified?                                      14:13:21

11          MR. WESTON:  Objection; mischaracterizes the        14:13:22

12   witness's prior testimony.                                  14:13:23

13   BY MR. PANOS:                                               14:13:24

14       Q.    You may answer.                                   14:13:24

15       A.    Yes.                                              14:13:26

16       Q.    I'm going to hand you --                          14:13:39

17          What are we on?  Twelve?                             14:13:40

18          I'll hand you the box version and the flat          14:13:42

19   version for you to take a look at.  Let her mark it        14:13:44

20   first, and then you can take a look at it.                 14:13:48

21          (Whereupon, Defendant's Exhibit 12 was

22          marked for identification.)                         14:14:24

23   BY MR. PANOS:                                               14:14:24

24       Q.    Does this look like the product that you --       14:14:25

25   the packaging of the product you purchased?                 14:14:28

| | | |
|---|---|---|
| 1 | A.   Yes. | 14:14:29 |
| 2 | Q.   Okay.  What about the product led you to | 14:14:30 |
| 3 | believe that it was at least healthier than, say, for | 14:14:41 |
| 4 | example, potato chips? | 14:14:44 |
| 5 | A.   It says "vegetables" on it, and it has the | 14:14:45 |
| 6 | whole vegetables on top of there. | 14:14:49 |
| 7 | Q.   Okay. | 14:14:52 |
| 8 | A.   And it says "real vegetables." | 14:14:52 |
| 9 | Q.   Okay.  Did you believe that you were | 14:14:54 |
| 10 | consuming, you know, one recommended serving amount of | 14:15:00 |
| 11 | vegetables by eating one serving size of | 14:15:05 |
| 12 | Vegetable Thins? | 14:15:07 |
| 13 | A.   No. | 14:15:11 |
| 14 | Q.   And you purchased this product in the snack | 14:15:21 |
| 15 | aisle; is that correct? | 14:15:26 |
| 16 | A.   Yes. | 14:15:27 |
| 17 | Q.   What other products are in the snack aisle | 14:15:27 |
| 18 | when you bought all these Kraft products we're talking | 14:15:33 |
| 19 | about? | 14:15:36 |
| 20 | Oreo Cookies, for example -- are they in the | 14:15:36 |
| 21 | snack aisle? | 14:15:40 |
| 22 | A.   Oreo Cookies, chips, chocolate chip cookies. | 14:15:41 |
| 23 | Q.   Junk food? | 14:15:45 |
| 24 | A.   Junk food, exactly. | 14:15:45 |
| 25 | Q.   Can you think of one print ad that you ever | 14:15:54 |

EVANGELINE RED - 7/7/2011

| | | |
|---|---|---|
| 1 | Q.   Less? | 14:19:45 |
| 2 | A.   Yeah, once a month or less. | 14:19:46 |
| 3 | Q.   Do you generally eat them with soups, though, | 14:19:48 |
| 4 | when you're at home, I take it? | 14:19:51 |
| 5 | A.   Generally.  Yeah, half -- mainly soup. | 14:19:52 |
| 6 | Q.   What kind of soups do you eat? | 14:19:55 |
| 7 | A.   I just put vegetable and boil it up and -- | 14:19:57 |
| 8 | boil some water and vegetables and put it in. | 14:20:01 |
| 9 | Q.   You use this to sort of give some texture to | 14:20:04 |
| 10 | the soup? | 14:20:07 |
| 11 | A.   A little bit. | 14:20:07 |
| 12 | Q.   Now, they're called "Premium Saltines." | 14:20:08 |
| 13 | Does that indicate to you that there is salt | 14:20:11 |
| 14 | on the product? | 14:20:14 |
| 15 | A.   Yes. | 14:20:15 |
| 16 | Q.   Does it taste salty? | 14:20:15 |
| 17 | A.   Yes, a little bit. | 14:20:17 |
| 18 | Q.   In fact, when you look at the packaging, you | 14:20:18 |
| 19 | can kind of see the salt grains on top of it; is that | 14:20:20 |
| 20 | correct? | 14:20:24 |
| 21 | A.   I see it. | 14:20:24 |
| 22 | Q.   Is salt -- is salt considered by you to be a | 14:20:25 |
| 23 | highly nutritious ingredient or a not so nutritious | 14:20:28 |
| 24 | ingredient? | 14:20:33 |
| 25 | A.   Not so nutritious. | 14:20:33 |

EVANGELINE RED      7/7/2011

Page 201

| | | |
|---|---|---|
| 1 | A. Yes. | 14:25:49 |
| 2 | Q. When did you stop buying Ginger Snaps, if you | 14:25:49 |
| 3 | can recall? | 14:25:53 |
| 4 | A. Maybe, again, five years ago or so. I -- I | 14:25:53 |
| 5 | don't recall the dates or times; so I'm just giving you | 14:25:56 |
| 6 | an estimate. | 14:26:01 |
| 7 | Q. Been many, many years? | 14:26:02 |
| 8 | A. A few years, yeah. | 14:26:03 |
| 9 | Q. Okay. So, let's say, perhaps in 2006, you | 14:26:05 |
| 10 | stopped buying them; correct? | 14:26:07 |
| 11 | A. Right. | 14:26:09 |
| 12 | Q. Did you buy them in maybe 2000, 2001? | 14:26:09 |
| 13 | A. Earlier than, I think, too; so -- | 14:26:12 |
| 14 | Q. Did you purchase them for your own | 14:26:16 |
| 15 | consumption or for somebody else? | 14:26:18 |
| 16 | A. For me -- for myself. | 14:26:20 |
| 17 | Q. You view them as sort of a cookie and a | 14:26:21 |
| 18 | treat-type product? | 14:26:24 |
| 19 | A. I would view them as a cookie type. | 14:26:25 |
| 20 | Q. Okay. You didn't view it as a highly | 14:26:27 |
| 21 | nutritious product? | 14:26:30 |
| 22 | A. No. | 14:26:32 |
| 23 | Q. Correct? | |
| 24 | Did you -- is there anything on this labeling | 14:26:33 |
| 25 | that you think causes it to be deceptive or misleading? | 14:26:35 |

EVANGELINE RED   7/7/2011

| | | |
|---|---|---|
| 1 | A.    Same things, sensible solution. | 14:26:40 |
| 2 | Q.    Okay.  And why does Kraft say it's a sensible | 14:26:43 |
| 3 | solution? | 14:26:46 |
| 4 | A.    Low saturated fat, no cholesterol. | 14:26:46 |
| 5 | Q.    Okay.  Do you agree that it would be sensible | 14:26:49 |
| 6 | to eat a snack product that has low saturated fat and | 14:26:52 |
| 7 | no cholesterol? | 14:26:56 |
| 8 | A.    Yes. | 14:26:57 |
| 9 | Q.    And you agree that others might have a | 14:26:57 |
| 10 | different opinion; correct? | 14:26:59 |
| 11 | A.    Yes. | 14:27:01 |
| 12 | Q.    Okay.  I guess it just depends on what each | 14:27:01 |
| 13 | individual consumer is interested in; correct? | 14:27:07 |
| 14 | A.    That's true. | 14:27:09 |
| 15 | Q.    Is there anything else about the product you | 14:27:09 |
| 16 | think makes it deceptive? | 14:27:11 |
| 17 | A.    No. | 14:27:16 |
| 18 | MR. PANOS:  Okay.  Let's take a five-, | 14:27:34 |
| 19 | ten-minute break. | 14:27:39 |
| 20 | MR. WESTON:  All right. | 14:27:39 |
| 21 | THE VIDEOGRAPHER:  Going off the record, the | 14:27:40 |
| 22 | time is 2:27 p.m. | 14:27:44 |
| 23 | (Recess taken.) | 14:27:46 |
| 24 | THE VIDEOGRAPHER:  Back on the record.  The | 14:34:15 |
| 25 | time is 2:34 p.m. | 14:34:18 |