**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
COURTLAND CREEKMORE (182018)
*courtland@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:    (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
MAGGIE K. REALIN (263639)
*maggie@consumersadvocates.com*
SKYE RESENDES (278511)
*skye@consumersadvocates.com*
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone:   (619) 696-9006
Facsimile:    (619) 564-6665

***Lead Counsel for Plaintiffs and the Proposed Class***
*[Additional Counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Case No. 2:10-cv-01028 GW(AGRx)<br>Pleading Type: Class Action<br>Action Filed: February 11, 2010<br><br>**NOTICE OF MOTION AND SECOND RENEWED MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2)**<br><br>Judge:     The Hon. George Wu<br>Date:      June 4, 2012<br>Time:      8:30 a.m.<br>Location:  Courtroom 10 |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       **PLEASE TAKE NOTICE** that on June 4, 2012, at 8:30 a.m. in Courtroom 10 or

3  as soon thereafter as may be heard, Plaintiffs Evangeline Red and Rachel Whitt will, and

4  hereby do, respectfully move the Court for an Order that:

5       1.      Plaintiffs' claims for injunctive relief be maintained as a class action

6               pursuant to Fed. R. Civ. P. 23(b)(2);

7       2.      Plaintiffs be named Class Representatives; and

8       3.      Plaintiffs' counsel, the Weston Firm and the Law Offices of Ronald A.

9               Marron APLC, be appointed Class Counsel.

10      This Motion is based on this Notice, the accompanying Memorandum of Points

11 and Authorities, the accompanying Declaration of Gregory S. Weston ("Weston

12 Declaration") and exhibits thereto, on all other pleadings and papers on file in this

13 action, and on such oral and documentary evidence and argument as may be presented at

14 the time of the hearing. This Motion made pursuant to the Court's April 27, 2012 Order

15 (Dkt. No. 216).

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    DATED: May 9, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18   **MILSTEIN ADELMAN, LLP**
     GILLIAN L. WADE
19   SARA D. AVILA
     2800 Donald Douglas Loop North
20   Santa Monica, CA 90405
     Telephone:   (310) 396-9600
21   Facsimile:   (310) 396-9635
22
     *Additional Counsel for Plaintiffs and*
23   *the Proposed Class*

24

25

26

27

28

Respectfully Submitted,


/s/Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
COURTLAND CREEKMORE
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:    (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
MAGGIE K. REALIN
SKYE RESENDES
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone:   (619) 696-9006
Facsimile:    (619) 564-6665

*Lead Counsel for Plaintiffs and the Proposed Class*

*Red et al. v. Kraft Foods Inc.*, Case No. 2:10-cv-01028 GW (AGRx)
NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION