**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
JACK FITZGERALD (257370)
*jack@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798 2006
Facsimile:    (480) 247 4553

**Lead Counsel for Plaintiffs**

LAW OFFICES OF RONALD A. **MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
B. SKYE RESENDES (278511)
*skye@consumersadvocates.com*
ALEXIS M. WOOD (270200)
*alexis@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, CA 92109
Telephone:  (619) 696 9006
Facsimile:    (619) 564 6665

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Case No. 2:10-cv-01028 GW(AGRx)<br>Pleading Type: Class Action<br>Action Filed: February 11, 2010<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge:      The Hon. George Wu<br>Date:        March 11, 2013<br>Time:       8:30 a.m.<br>Location:  Courtroom 10 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 11, 2013, at 8:30 a.m. in Courtroom 10 of the United States District Court located at 312 N. Spring St., Los Angeles, CA 90012, Plaintiffs Evangeline Red and Rachel Whitt, will, and hereby do, respectfully move this Court for an Order awarding attorneys' fees and costs.

Plaintiffs make this Motion pursuant to the fee-shifting statutes of the Consumers Legal Remedies Act, Cal. Civ. Code § 1780(e), and Private Attorney General Statute, Cal. Code Civ. P. § 1021.5. Plaintiffs are "prevailing" and "successful" parties under these statutes because the Court entered an order enjoining Kraft from using challenged advertising. Accordingly, and given the excellent results, contingency risk, preclusion of other employment, length of litigation and delay, novelty and difficulty of questions, and skill of counsel, Plaintiffs seek an attorneys' fee award of $3,298,937.15, reflecting Plaintiffs' lodestar of $1,434,320.50, based on 3,643.2 hours of work and reasonable hourly rates, with a 2.3 multiplier. Plaintiffs also seek an award of recoverable costs pursuant to Cal. Code Civ. P. §§ 1033.5(a)(1), (3), (4), and (7), and costs reasonably necessary to conduct the litigation pursuant to § 1033.5(c), in the amount of $18,132.56.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Declarations of Dr. Nathan Wong ("Wong Decl."), Jack Fitzgerald ("Fitzgerald Decl."), and Gregory S. Weston ("Weston Decl."), including all exhibits thereto, all other pleadings and papers on file in this action, and such oral argument as may occur at the time of the hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on November 2, 2012. Defendants indicated they will oppose the motion.

1

*Red et al. v. Kraft Foods Inc.,* Case No. 2:10-cv-01028 GW (AGRx)
NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS

| | |
|---|---|
| 1    DATED: February 8, 2013 | Respectfully Submitted, |

/s/Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
SKYE RESENDES
ALEXIS WOOD
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**Lead Counsel for Plaintiffs**

2

*Red et al. v. Kraft Foods Inc.,* Case No. 2:10-cv-01028 GW (AGRx)
NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS