Case 2:10-cv-01028-GW-AGR Document 287 Filed 02/15/13 Page 1 of 3 Page ID #:9310



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Case No. 2:10-cv-01028 GW(AGRx)<br>Pleading Type: Class Action<br>Action Filed: February 11, 2010<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL THE UNREDACTED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS; THE UNREDACTED DECLARATION OF DR. NATHAN WONG AND EXHIBITS K-M AND P-Q THERETO; AND THE DECLARATION OF GREGORY S. WESTON<br><br>Judge: The Hon. George Wu<br>Date: March 11, 2013<br>Time: 8:30 a.m.<br>Location: Courtroom 10 |

---

*Red et al. v. Kraft Foods Inc.*, Case No. 2:10-cv-01028 GW (AGRx)
[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL

      Having reviewed Plaintiffs' Application to File Under Seal the Unredacted Memorandum of Points and Authorities in Support of Motion for Attorneys' Fees and Costs; the Unreacted Declaration of Dr. Nathan Wong and Exhibits K-M and P-Q thereto, and the Declaration of Gregory S. Weston, the Court finds that good cause exists to grant Plaintiffs' Application.

      Pursuant to Local Rule 79-5.1 and the Protective Order entered on March 14, 2011 (Dkt. No. 88), the following unredacted documents may be filed under seal: (1) the Memorandum of Points and Authorities in Support of Motion for Attorneys' Fees and Costs; (2) the Declaration of Dr. Nathan Wong and Exhibits K-M and P-Q attached thereto; and (3) and the Declaration of Gregory S. Weston.

IT IS SO ORDERED

DATED: *Feb, 14*, 2013

                                        The Honorable George Wu
                                        U.S. District Court Judge

      IF DENIED: The underlying document and sealing application shall be filed, but not under seal.

1

*Red et al. v. Kraft Foods Inc.*, Case No. 2:10-cv-01028 GW (AGRx)
[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL

1  Dated: February 8, 2013                    Respectfully Submitted,

                                              _____
                                              Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile:   (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
SKYE RESENDES
ALEXIS WOOD
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile:   (619) 564-6665

<u>**Lead Counsel for Plaintiffs**</u>