# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-1028-GW(AGRx) | Date | February 21, 2013 |
|---|---|---|---|
| Title | *Evangeline Red, et al. v. Kraft Foods, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ronald A. Morrow | Kenneth K.Lee |
| Gregory S. Weston | |

**PROCEEDINGS:**     **STATUS CONFERENCE**

Plaintiffs' Motion for Attorneys' Fees and Costs, filed on February 8, 2013, and set for March 18, 2013, is continued to **April 8, 2013 at 8:30 a.m.**  Defendants' Opposition will be filed and served by March 18, 2013.  Plaintiffs' Reply, if any, will be filed and served by March 29, 2013.

| | : | 05 |
|---|---|---|
| Initials of Preparer | JG | |