UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | No. CV 10-01028-GW(AGRx)<br><br>**ORDER RE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. George H. Wu<br><br>Action Filed: February 11, 2010 |

[PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT, on April 8, 2013, in Courtroom 10 of the federal courthouse located at 312 N. Spring Street, Los Angeles, CA 90012, the Honorable George H. Wu presiding, a hearing was held on Plaintiffs' Motion for Attorneys' Fees and Costs. Counsel for the parties appeared at the hearing.

Following the hearing, on April 11, 2013, the Court issued an order finding that "Plaintiffs are entitled to a total award of attorney's fees and costs in the amount of $101,702.38." Dkt. No. 301 at 2. The Court hereby ORDERS that, within 30 days following the entry of this order, the award of $101,702.38 shall be delivered to counsel for Plaintiffs. Neither the award of attorneys' fees and costs nor Defendants' payment of the award shall be construed as an admission of liability or as evidence of any wrongdoing.

The Court sets a Status Conference as to remaining issues for **May 30, 2013 at 8:30 a.m.**

IT IS SO ORDERED.

DATED: April 24, 2013

_____

The Honorable George H. Wu
U.S. District Court Judge