UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1028-GW (AGRx) | Date | October 31, 2013 |
|---|---|---|---|
| Title | Evangeline Red, et al. v. Kraft Foods, Inc., et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Greg Weston<br>Skye Resendes | Kenneth K. Lee |

**Proceedings:** **TELEPHONIC CONFERENCE RE SETTLEMENT**

A telephonic conference re: settlement is held off the record. Greg Weston, Esq. and Skye Resendes, Esq. appear on behalf of Plaintiffs. Kenneth K. Lee, Esq. appears on behalf of Defendants.

The individual claims are settled. Stipulation for dismissal to be lodged on or before December 16, 2013. If the stipulation is not lodged by the date, counsel are ordered to contact Marine Pogosyan, Clerk to Judge Rosenberg, at (213) 894-5419 to notify the Court why the Stipulation of Dismissal has not been lodged.

cc:   District Judge George H. Wu
      All Parties of Record

|  | : | 15 |
|---|---|---|
| Initials of Preparer | mp | |