JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, AND KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Case No. CV 10-1028- GW(AGRx)<br>Pleading Type: Class Action<br>Action Filed: February 11, 2010<br><br>**ORDER DISMISSING PLAINTIFFS' INDIVIDUAL CLAIMS WITH PREJUDICE & PRESERVING APPEAL ISSUES**<br><br>Judge: The Hon. George Wu<br>Location: Courtroom 10 |

*Red et al. v. Kraft Foods Inc. et al.*, Case No. 2:10-cv-01028 GW (AGRx)
[PROPOSED] ORDER DISMISSING INDIVIDUAL CLAIMS

Pursuant to a Settlement Agreement and Release between the parties, Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE.

Under the terms of the Settlement Agreement, Plaintiffs may appeal any of the Court's pre-trial Orders, including those issued in response to a motion brought by Defendants under Rule 12, relating to class certification, and relating to attorneys' fees. Should any Court Orders denying class certification be vacated or reversed on appeal, the parties have agreed, and the Court recognizes, that Plaintiffs by settling their individual claims do not waive any standing they may have to seek to be appointed as class representatives. *See Pitts v. Terrible Herbst, Inc.*, 653 F.3d 1081 (9th Cir. 2011). If, however, Plaintiffs successfully appeal any of the Court's Orders dismissing, in part, their claims on Defendants' Rule 12 motions, but are unable to reverse or vacate any Court Order denying class certification, Plaintiffs may not assert their revived claims on an individual basis following remand.

**IT IS SO ORDERED**

DATED:   January 30, 2014

_____
The Honorable George H. Wu
U.S. District Court Judge