UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-1028-GW(AGRx) | Date | June 5, 2014 |
|---|---|---|---|
| Title | *Evangeline Red, et al. v. Kraft Foods, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Pamela Batalo | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gregory S. Weston | Kenneth K. Lee |

**PROCEEDINGS:** PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [338]

The Court's Tentative Ruling is circulated. Court hears oral argument. For reasons stated on the record, Plaintiffs' motion is TAKEN UNDER SUBMISSION. A nonappearance status conference is set for June 12, 2014. Court to issue its ruling.

| | : | 15 |
|---|---|---|
| | Initials of Preparer | JG |