**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Kelly M. Morrison (Cal. Bar No. 255513)
kmorrison@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:      (213) 239-5100
Facsimile:  (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone:      (312) 222-9350
Facsimile:  (312) 527-0484

Attorneys for Defendants Kraft Foods Global, Inc.,
improperly sued as Kraft Foods North America, and Kraft Foods Inc.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | No. CV10-01028-GW (AGRX)<br><br>**REQUEST FOR REDACTION OF CONFIDENTIAL SETTLEMENT INFORMATION FROM PUBLICLY-ISSUED ORDER**<br><br>Judge: Hon. George H. Wu<br><br>Action Filed: February 11, 2010 |

Per the June 5, 2014 hearing on Plaintiffs' Renewed Motion for Attorneys' Fees, Kraft Foods hereby requests that the following portions of the Court's Tentative Ruling, which relate to confidential settlement discussions or terms of the parties' confidential settlement agreement, be redacted from the Court's publicly-issued final ruling:

- Page 1, Paragraph 1, line 7, from "for" to "each."
- Page 3, Paragraph 1, lines 1-3, from "Plaintiffs" to "award."
- Page 3, Paragraph 1, line 4 -5, from "for" to "rulings."
- Page 5, Paragraph 2, line 4, from "received" to "to"
- Page 6, Paragraph 2, line 5, from "for" to "—"
- Page 6, Paragraph 2, lines 6-8, from "contains" to "proceedings"
- Page 6, Paragraph 3, line 3, from "for" to "each."
- Page 7, Paragraph 2, line 4, from "for" to each."
- Page 8, Paragraph 3, line 6, from "Plaintiffs" to "settlement"

Dated:  June 9, 2014                    JENNER & BLOCK LLP

/s/ Kenneth K. Lee _____
By: Kenneth K. Lee

Attorneys for Defendants