# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | CASE NO. CV 10-1028-GW(AGRX)<br>Pleading Type: Class Action<br><br>**FINAL JUDGMENT**<br><br>Judge: The Honorable George Wu |

Judgment is hereby entered consistent with and subject to the Court's Order of Dismissal (Doc. 334).

IT IS SO ORDERED.

DATED: May 15, 2015

_____
The Honorable George H. Wu
U.S. District Judge

1

| | |
|---|---|
| DATED: May 18, 2015 | Respectfully Submitted, |

| | |
|---|---|
| /s/ Gregory S. Weston | /s/ Kenneth K. Lee |
| Gregory S. Weston | Kenneth K. Lee |
| | |
| **THE WESTON FIRM** | **JENNER & BLOCK LLP** |
| GREGORY S. WESTON | Kenneth K. Lee |
| JACK FITZGERALD | 633 West 5th Street, Suite 3500 |
| MELANIE PERSINGER | Los Angeles, CA  90071-2054 |
| 1405 Morena Blvd., Suite 201 | Telephone:   (213) 239-5100 |
| San Diego, CA 92110 | Facsimile:    (312) 239-5199 |
| Telephone:   (619) 798-2006 | |
| Facsimile:    (480) 247-4553 | JENNER & BLOCK LLP |
| | Dean N. Panos (*pro hac vice*) |
| **LAW OFFICES OF RONALD A. MARRON, APLC** | Jill M. Hutchison (*pro hac vice*) |
| | 353 N. Clark Street |
| RONALD A. MARRON | Chicago, IL 60654-3456 |
| 651 Arroyo Drive | Telephone:   (312) 222-9350 |
| San Diego, CA 92103 | Facsimile:    (312) 527-0484 |
| Telephone:   (619) 696-9006 | |
| Facsimile:    (619) 564-6665 | **Attorneys for Defendants** |

**Attorneys for Plaintiffs**